UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80893-CIV-MARRA

JANE DOE,

    Plaintiff,
vs.

JEFFREY EPSTEIN,

    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court Defendant Jeffrey Epstein ("Defendant")'s Motion to Dismiss, for More Definite Statement & To Strike Directed to Plaintiff Jane Doe's Complaint (DE 16). The Court has reviewed the motion, response (DE 17) and reply (DE 28) and is otherwise fully advised in the premises. The Court held a hearing on the motion on April 1, 2009. For the reasons stated at the hearing, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Defendant's Motion to Dismiss and for More Definite Statement is **GRANTED**. Plaintiff is instructed to file an Amended Complaint on all counts, consistent with the Court's rulings at the hearing. Plaintiff must file the Amended Complaint within fifteen (15) days of the date of this Order. Defendant must respond the the Amended Complaint within fifteen (15) days of the date of its filing.

2. Defendant's Motion to Strike is **TERMINATED**, as it was orally withdrawn by

defense counsel at the hearing.

      **DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 1st day of April, 2009.

                                                          KENNETH A. MARRA
                                                         United States District Judge

copies to:
All counsel of record