UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-CIV- 80893 – MARRA/JOHNSON

JANE DOE,

        Plaintiff,

v.

JEFFREY EPSTEIN,

        Defendants.
_____/

## DEFENDANT EPSTEIN'S MOTION FOR EXTENSION OF TIME IN WHICH TO FILE REPLY TO PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO STAY

Defendant, Jeffrey Epstein, (hereinafter "Epstein") by and through his undersigned attorneys, respectfully moves this Court for an extension of time in which to file his Reply to Plaintiff's Response in Opposition to Defendant's Motion to Stay Complaint.

1. On April 9, 2009 Plaintiff filed a Response [DE 31] in Opposition to Defendant's Motion to Stay Complaint [DE 24]. Defendant's reply would be due on April 22, 2009 (5 days to reply excluding weekends). Defendant is requesting a twenty day extension to May 12, 2009 to reply.

2. There are several other cases filed with this Court in which Jeffrey Epstein is named a Defendant. In those cases, the undersigned has been handling other matters associated therewith.

Case 9:08-cv-80893-KAM   Document 39   Entered on FLSD Docket 04/22/2009   Page 2 of 3

Jane Doe v. Epstein, et al.
Page 2

3. Additionally, Defendant's counsel is in the midst of preparing for a state court trial, CARDIOPULMONARY & PRIMARY CARE ASSOC. OF TREASURE COAST, P.A v. LEWIS, M.D., Case No. 562008CA001726, specially set for trial beginning May 13 through 15, 2009). Discovery in that case is ongoing with several depositions set to prepare for trial.

4. The requested extension is fair and reasonable under the circumstances as it will provide time to allow the Defendant, EPSTEIN, to fully and adequately reply.

5. An extension until May 12, 2009, is fair and reasonable under the circumstances. The undersigned is in need of the additional time in order to fully and adequately prepare a response on behalf of EPSTEIN.

6. As certified below, counsel for Defendant conferred with counsel by e-mail, and Plaintiff's counsel is in agreement with the requested extension.

WHEREFORE Defendant respectfully requests that this Court enter an order granting an extension until May 12, 2009, to file a Reply to Plaintiff's Response in Opposition to Defendant's Motion to Stay Complaint.

### Local Rule 7.1 Statement

Counsel for the movant conferred by telephone with counsel for the Plaintiff and Counsel for Plaintiff is in agreement with the requested extension until May 12, 2009 for Defendant to reply to Plaintiff's Response to Defendant's Motion to Stay Complaint.

_____
Robert D. Critton, Jr. Attorney for
Defendant Epstein

Jane Doe v. Epstein, et al.
Page 3

## Certificate of Service

I HEREBY CERTIFY that a true copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the following service list in the manner specified via transmission of Notices of Electronic Filing generated by CM/ECF on this 22nd day of April, 2009:

Brad Edwards, Esq.
The Law Office of Brad Edwards & Associates, LLC
2028 Harrison Street
Suite 202
Hollywood, FL 33020
be@bradedwardslaw.com
954-414-8033
954-924-1530 Fax
*Counsel for Plaintiff*

Paul G. Cassell, Esq.
*Pro Hac Vice*
332 South 1400 E, Room 101
Salt Lake City, UT 84112
801-585-5202
801-585-6833 Fax
cassellp@law.utah.edu
Co-counsel for Plaintiff

Jack Alan Goldberger, Esq.
Atterbury Goldberger & Weiss, P.A.
250 Australian Avenue South
Suite 1400
West Palm Beach, FL 33401-5012
561-659-8300
561-835-8691 Fax
jagesq@bellsouth.net
*Co-Counsel for Defendant Jeffrey Epstein*

Respectfully submitted,

By: _____
ROBERT D. CRITTON, JR., ESQ.
Florida Bar No. 224162
rcrit@bclclaw.com
MICHAEL J. PIKE, ESQ.
Florida Bar #617296
mpike@bclclaw.com
BURMAN, CRITTON, LUTTIER & COLEMAN
515 N. Flagler Drive, Suite 400
West Palm Beach, FL 33401
561/842-2820 Phone
561/515-3148 Fax
(*Co-Counsel for Defendant Jeffrey Epstein*)