# CURRICULUM VITAE

Ryan C. W. Hall, M.D.

Updated 06/17/09

EXHIBIT "B"

## TABLE OF CONTENTS


| | |
|---|---|
| PRESENT POSITION | 2 |
| EDUCATION | 2 |
| MEDICAL LICENSE | 2 |
| CERTIFICATION | 3 |
| ADDITIONAL TRAINING | 3 |
| SOCIETY MEMBERSHIPS, PAST AND PRESENT | 3 |
| COMMITTEES | 3 |
| HONORS | 4 |
| PROFESSIONAL ACTIVITIES | 4 |
| REVIEWER | 5 |
| BOOK REVIEWS | 5 |
| PUBLICATIONS | 5 |
| ABSTRACTS | 7 |
| PRESENTATIONS AT NATIONAL AND INTERNATIONAL MEETINGS AND INVITATIONAL ACADEMIC LECTURES | 9 |
| MEDIA | 12 |

| | |
|---|---|
| **NAME:** | Ryan Chaloner Winton Hall, M.D. |
| **DATE OF BIRTH:** | May 10, 1976 |
| **PLACE OF BIRTH:** | Titusville, Florida |
| **MARITAL STATUS:** | Single |

**PRESENT POSITION:**

| | |
|---|---|
| 07/2008 – Present | Psychiatrist<br>Richard C. W. Hall, MD, PA<br>2500 West Lake Mary Blvd; Ste 219<br>Lake Mary, FL 32746<br>Ph: 407-322-8199 |
| 03/01/2008 - 07/31/2011 | Affiliate Instructor<br>University of South Florida<br>Department of Psychiatry |
| 03/03/09 – 06/30/12 | Assistant Professor of Psychiatry<br>University of Central Florida College of Medicine<br>Department of Medical Education |

**EDUCATION:**

| | |
|---|---|
| 1995 - 1999 | Johns Hopkins University<br>Baltimore, Maryland<br>Double Major - Biology and Psychology<br>**B.A. Degree,** graduated Phi Beta Kappa with honors |
| 1999 - 2003 | Georgetown University School of Medicine<br>Washington, DC<br>**M.D. Degree** |
| 2003 -2004 | Internal Medicine Internship<br>Sinai Hospital of Baltimore/Johns Hopkins<br>Baltimore, Maryland |
| 2004 -2007 | Residency<br>Johns Hopkins Hospital<br>Department of Psychiatry and Behavioral Sciences<br>Baltimore, Maryland |
| 2007 – 2008 | Fellow in Forensic Psychiatry<br>Case Western Reserve University<br>Cleveland, Ohio |

**MEDICAL LICENSE:**

| | |
|---|---|
| 2004 | Maryland – D62746 - Inactive |
| 2007 | Ohio – 89483 - Inactive |
| 2007 | Florida – ME99792 |

**CERTIFICATION:**

| | |
|---|---|
| 2008 | Diplomate, American Board of Psychiatry and Neurology, #58286 |

**ADDITIONAL TRAINING:**

| | |
|---|---|
| 2006 | Forensic Psychiatry Review Course<br>American Academy of Psychiatry and the Law, Chicago, IL |
| 2007 | Forensic Psychiatry Review Course<br>American Academy of Psychiatry and the Law, Miami Beach, FL |
| 2008 | Florida Forensic Examiner Training<br>University of South Florida College of Behavioral and Community Sciences, Ft. Lauderdale, FL |

**SOCIETY MEMBERSHIPS, PAST AND PRESENT:**

Member, Academy of Psychosomatic Medicine

Member, American Psychiatric Association

Member, Maryland Psychiatric Society

Member, American Academy of Psychiatry and the Law

Member, American Medical Association

Member, Ohio Psychiatric Association

Member, Florida Psychiatric Society

Member, Southern Psychiatric Association

Member, The American College of Psychiatrists

**COMMITTEES:**

| | |
|---|---|
| 2005 - 2007 | Public Relations Committee, Maryland Psychiatric Society |

| | |
|---|---|
| 2005 - 2007 | Legislative Committee, Maryland Psychiatric Society |
| 2005 - 2007 | Disaster Committee, Maryland Psychiatric Society |
| 2005 - 2007 | Resident and Fellows Committee, Maryland Psychiatry Society |
| 2007 - present | Psychopharmacology Committee, American Academy of Psychiatry and the Law |
| 2007 - present | Research Committee, American Academy of Psychiatry and the Law |
| 2007 - 2009 | Corresponding Committee on Graduate Education, American Psychiatric Association |
| 2008 - 2009 | Member, New Member Task Force, Southern Psychiatric Association |

**HONORS:**

| | |
|---|---|
| 1999 | Phi Beta Kappa, Johns Hopkins University |
| 2004 | "Superior" performance rating, 1st-year residency, by Sinai Hospital Department of Medicine's Clinical Competency and Evaluation Committee |
| 2005 | Dorfman Award, presented by The Academy of Psychosomatic Medicine for best review article of the year for **Definition, Diagnosis, and Forensic Implications of Postconcussional Syndrome.** Psychosomatics, 46(3):195-202, May-June 2005. |
| 2005 | Rappeport Fellowship, American Academy of Psychiatry and the Law |

**PROFESSIONAL ACTIVITIES:**

| | |
|---|---|
| 2008 | Written testimony on **Elder Abuse** in support of bills *HB873/SB501 Criminal Law – Crimes Against the Elderly or Persons with a Disability – Penalties*, presented to Maryland House Judiciary Committee for Delegate Benjamin Kramer, District 19 Montgomery County, Maryland. Hearing March 4. |
| 2009 | Central Florida Psychiatric Society representative to Florida Psychiatric Society's Council Meeting, January 10. |

2009 Testified before the Florida Senate Banking and Insurance Committee (SB 354) on **Mental Health Parity.** March 17.

**REVIEWER:**

-Archives of Internal Medicine
-Clinical Geriatrics
-Disaster Medicine and Public Health Preparedness
-European Psychiatry
-Journal of Neuropsychiatry and Clinical Neuroscience
-Nature Clinical Practice Neurology
-Neurology India
-Psychosomatics
-Social Science & Medicine
-World Journal of Surgical Oncology

**BOOK REVIEWS:**

1. Clark MR and Treisman GJ: **Pain and Depression: An Interdisciplinary, Patient-Centered Approach.** Psychosomatics, July-August 2006, 47(4)365-366.

**PUBLICATIONS:**

1. Hall RCW, Dunlap PK, **Hall RCW**, Pacheco CA, Blakey RE, Abraham J: **Thyroid disease and abnormal thyroid function tests in patients with eating disorders and depression.** The Journal of the Florida Medical Association, Inc. 82(3)187-192, 1995.

2. Hall RCW, **Hall RCW**: **Anxiety and Endocrine Disease.** In Popkin, MK, Seminars in Clinical Neuropsychiatry 4(2)72-83, 1998.

3. Hall RCW, Platt DE, **Hall RCW**: **Suicide Risk Assessment: A Review of Risk Factors for Suicide in 100 Patients Who Made Severe Suicide Attempts.** Psychosomatics 40:(1)18-27, 1999.

4. Hall RCW, **Hall RCW**: **Fee-Splitting: Ethical Implications and Principles for Practice Management.** Transference 20(2)14, 1999.

5. Hall RCW, **Hall RCW**: **Long-term Psychological and Neurological Complications of Lindane Poisoning.** Psychosomatics 40(6)513-517, 1999.

6. Hall RCW, **Hall RCW**: **False Allegations: The Role of the Forensic Psychiatrist.** Journal of Psychiatric Practice 7(5)343-346, September 2001.

7. Hall RCW, **Hall RCW**: **Principles of Physician Recruiting.** In *Handbook of Mental*

*Health Administration and Management;* Reid WH and Silver S (ed.): Brunner-Routledge, New York, NY; Chapter 34:440-448, 2003.

8. **Hall RCW**, Hall RCW, Chapman M: **Identifying Geriatric Patients at Risk for Suicide and Depression.** Clinical Geriatrics 11(10)36-44, October 2003.

9. Hall RCW, **Hall RCW**: **Establishing Liaison Before Disaster Strikes.** http://www.psych.org/disasterpsych/pdfs/apadisasterhandbk.pdf; Chapter 2:12-19. 2004.

10. Hall RCW, **Hall RCW**, Chapman MJ: **Emotional and Psychiatric Effects of Weapons of Mass Destruction in First Responders.** In: *Bioterrorism: Psychological and Public Health Interventions;* Ursano RJ, Norwood AE & Fullerton CS (eds). Cambridge University Press:Cambridge; Chapter 14:250-273; 2004.

11. **Hall RCW**, Appleby B, Hall RCW: **Atypical Neuroleptic Malignant Syndrome Presenting as Fever of Unknown Origin in the Elderly.** Southern Medical Journal 1(98) 114-117, January 2005.

12. Hall RCW, **Hall RCW**, Chapman MJ: **Exploitation of the Elderly: Undue Influence as a Form of Elder Abuse.** Clinical Geriatrics 13(2)28-36, February 2005.

13. **Hall RCW**, Hall RCW, Chapman MJ: **Definition, Diagnosis, and Forensic Implications of Postconcussional Syndrome.** Psychosomatics, 46(3)195-202, May-June 2005.

14. **Hall RCW**, Hall RCW: **Abuse of Supraphysiologic Doses of Anabolic Steroids.** Southern Medical Journal, 98(5)550-555, May 2005.

15. **Hall RCW**, Hall RCW, Chapman MJ: **Psychiatric Complications of Anabolic Steroid Abuse.** Psychosomatics, 46(4)285-290, July-August 2005.

16. **Hall RCW**, Hall RCW, Chapman MJ: **Medical and Psychiatric Casualties caused by Conventional and Radiological (Dirty) Bombs.** General Hospital Psychiatry, 28(3):242-248, May-June 2006.

17. **Hall RCW**, Hall RCW, Chapman MJ: **Postconcussional Syndrome: A Work in Progress (Response to Dr. Smith)**. Letter to the Editor. Psychosomatics, 47(3):272, May-June 2006.

18. **Hall RCW**, Hall RCW, Chapman MJ: **Neuroleptic Malignant Syndrome in the Elderly: Diagnostic Criteria, Incidence, Risk Factors, Pathophysiology, and Treatment**. (CME article) Clinical Geriatrics, 14(5):39-46, 2006.

19. **Hall RCW**, Hall RCW, Chapman MJ: **Effects of Terrorist Attacks on the Elderly, Part I: Medical and Psychiatric Complications of Bombings and Biological, Chemical, and Nuclear Attacks**. Clinical Geriatrics, 14(8):26-35, 2006.

20. **Hall RCW**, Hall RCW, Chapman MJ: **Effects of Terrorist Attacks on the Elderly, Part**

**2: Posttraumatic Stress, Acute Stress, and Affective Disorders**. Clinical Geriatrics, 14(9):17-24, 2006.

21. **Hall RCW,** Hall RCW: **Malingering of PTSD: forensic and diagnostic considerations, characteristics of malingerers and clinical presentations.** General Hospital Psychiatry, 28(6):525-535, 2006.

22. **Hall RCW,** Hall RCW: **A Profile of Pedophilia: Definition, Characteristics of Offenders, Recidivism, Treatment Outcomes, and Forensic Issues.** Mayo Clinic Proceedings, 82(4):457-471, 2007.

23. **Hall RCW**, Hall RCW: **Detection of Malingered PTSD: An Overview of Clinical, Psychometric, and Physiological Assessment: Where Do We Stand?** Journal of Forensic Sciences, 52(3):717-725, 2007.

24. **Hall RCW**, Macvaugh GS III, Merideth P, Montgomery J: **Commentary: Delving Further Into Liability for Psychotherapy Supervision.** The Journal of the American Academy of Psychiatry and the Law, 35(2):196-9, 2007.

25. Hall RCW, **Hall RCW**, Chapman MJ: **Psychiatric Effects of Terrorism: Medical and Societal Implications of Recent Attacks.** In: *Focus on Terrorism, Vol. 9;* Linden EV (ed), Nova Science:New York; Chapter 11, Publication date: 3rd Quarter, 2007.

26. **Hall RCW**, Hall RCW: **The 1995 Kikwit Ebola outbreak – Model of virus properties on system capacity and function: A lesson for future viral epidemics.** American Journal of Disaster Medicine, 2(5):270-276, 2007

27. **Hall RCW,** Hall RCW, Chapman MJ: **Central Serotonin Syndrome: Part I— Causative Agents, Presentation, and Differential Diagnosis.** Clinical Geriatrics, 15(12):18-25, 2007.

28. **Hall RCW**, Hall RCW, Chapman MJ: **Central Serotonin Syndrome: Part II – Pathophysiology, Drug Interactions, and Treatment.** Clinical Geriatrics, 16(1):24-28, 2008

29. **Hall RCW**, Resnick PJ: **Psychotherapy Malpractice: New Pitfalls.** Journal of Psychiatric Practice, 14(2):119-121, 2008

30. **Hall RCW**, Hall RCW, Chapman MJ: **Violence in Older Persons: Part I – Occurrence in Forensic/Criminal Situations, Partner Relationships, and Sexual Offenses.** Clinical Geriatrics, 16(5):27-32, 2008

31. **Hall RCW**, Hall RCW, Chapman MJ: **Violence in Older Persons: Part II – Occurrence in Hospitals and Pharmacological/Behavioral Treatment of Agitation, Aggression and Violence.** Clinical Geriatrics, 16(6):28-32, 2008.

32. **Hall RCW**, Hall RCW, Chapman MJ. **The 1995 Kikwit Ebola outbreak: lessons hospitals and physicians can apply to future viral epidemics.** Gen Hosp Psychiatry. 2008 Sep-Oct;30(5):446-52. Epub 2008 Jul 23

33. **Hall RCW**, Friedman SH: **Drug Diversion Program Rights**. Legal Digest. The Journal of the American Academy of Psychiatry and the Law, 36(4):579-580, 2008

34. **Hall RCW**, Hall RCW, Chapman MJ: **Nursing Home Violence: Occurrence, Risks, and Interventions.** Annals of Long-Term Care, 17(1):25-31, 2009

35. Paul RK, Lockey C, **Hall RCW,** Bursztajn H: **Practice Management: Managing Risks When Practicing in Three-Party Care Settings.** Psychiatrictimes.com, 26(2), Feb. 3, 2009.

36. **Hall RCW,** Hall RCW, Chapman MJ: Letter to the Editor response re: **Nursing Home Violence: Occurrence, Risks, and Interventions)** Annals of Long-Term Care, 17(1):25-31, 2009), Annals of Long-Term Care, 17(4):17-21, 2009.

37. **Hall RCW**, Hall RCW, Myers W, Chapman M: **Testamentary Capacity: History, Physicians' Role, Requirements, and Why Wills are Challenged.** Clinical Geriatrics, in press.

*** Boldface indicates Ryan C. W. Hall, MD**

**ABSTRACTS:**

1. Hall RCW, Hazard SC, **Hall RCW**, Pacheco CA, Blakey RE, Abraham J: **Thyroid Disease in Eating Disordered and Depressed Patients.**

   -146th Annual Meeting, American Psychiatric Association, May 25, 1993, San Francisco, CA, P.1.57 (Poster Session).

2. Hall RCW, Platt DE, **Hall RCW**: **Suicide Risk Assessment: A Review of Risk Factors for Suicide in 100 Patients Who Made Severe Suicide Attempts: Evaluation of Suicide Risk in a Time of Managed Care.**

   - Psychiatric Practice and Managed Care, American Psychiatric Association, Vol. 5, No. 5, P 12, Sept-Oct 1999.

3. **Hall RCW,** Gould N, McCann U, McKibben J: **The Role of Morphine in the Development of Acute Stress Disorder and Posttraumatic Stress Disorder in Patients with Severe Burn Injury**.

   - 41st Annual Meeting, American Burn Association. San Antonio, TX, Mar 25, 2009.

4. Gould N, McCann U, McKibben J, **Hall RCW**: **Peri-traumatic Heart Rate as a Predictor of Acute Stress Disorder and Post-traumatic Stress Disorder in Patients with Burn Injury.**

- 41st Annual Meeting, American Burn Association. San Antonio, TX, Mar 25, 2009.

*** Boldface indicates Ryan C. W. Hall, MD**
**PRESENTATIONS AT NATIONAL AND INTERNATIONAL MEETINGS AND INVITATIONAL ACADEMIC LECTURES:**

1. Hall RCW, Hazard SC, Dunlap PK, **Hall RCW**, Pacheco CA, Blakey RE, Abraham J: **Thyroid disease and abnormal function tests in patients with eating disorders and depression.** Poster Session - American Psychiatric Association Annual Meeting, San Francisco, CA, May 25, 1993

2. Hall RCW, **Hall RCW**: **Management of Hostage Situations.** Psychiatric Responses to Trauma, U.S. State Department Conference on International Terrorism, hosted by Uniformed Services University of Health Sciences, Washington, D.C., April 28, 1999

3. Hall RCW, **Hall RCW**: **Terrorism: Its Aftermath and Long-term Effects on Survivors - A Consultation-Liaison Perspective -- Part I.** Psychiatric Responses to Trauma, U.S. State Department Conference on International Terrorism, hosted by Uniformed Services University of Health Sciences, Washington, D.C., April 28, 1999

4. Hall RCW, **Hall RCW**: **Terrorism: Its Aftermath and Long-term Effects on Survivors - A Consultation-Liaison Perspective - Part II.** Psychiatric Responses to Trauma, U.S. State Department Conference on International Terrorism, hosted by Uniformed Services University of Health Sciences, Washington, D.C., April 28, 1999

5. Hall RCW, **Hall RCW**, Platt DE: **Impact of Managed Care on Suicide Risk Assessment.** American Academy of Psychiatry and the Law, 1999 Annual Meeting, Baltimore, MD, October 15, 1999

6. Hall RCW, **Hall RCW**: **Ethical Issues in Managed Care.** American Psychiatric Association, 1999 Ethics Workshop, Washington, DC, November 3, 1999

7. Hall RCW, **Hall RCW**: **Terrorism, Bioterrorism and Disaster - Aftermath and Long-term Effects on Survivors.** Cycle of Violence: Assessment and Management of Aggression - A Mardi Gras Symposium, Tulane University, New Orleans, LA, February 26, 2000

8. Hall RCW, **Hall RCW**: **Bioterrorism - Dealing with Medical and Psychiatric Consequences of Victims and Responders.** Cycle of Violence: Assessment and Management of Aggression - A Mardi Gras Symposium, Tulane University, New Orleans, LA, February 26, 2000

9. Hall RCW, **Hall RCW**: **Psychiatric Consequences of Terrorism, Bioterrorism and Disaster.** Rocky Mountain Emotional Trauma Symposium, Pathways Treatment Center, Kalispell, MT, June 29, 2000

10. Hall RCW, **Hall RCW**: **Suicide in an Era of HMO's and Managed Care.** Rocky

Mountain Emotional Trauma Symposium, Pathways Treatment Center, Kalispell, MT, June 30, 2000

11. Hall RCW, **Hall RCW**: **Psychological Response to Disasters and Terrorism.** International Society of Political Psychology, 23rd Annual Scientific Meeting, Seattle, WA, July 4, 2000

12. Hall RCW, **Hall RCW**: **Biological Warfare - Attack Scenarios, Response to Terrorist Attacks, and Sources of Conflict**. American Academy of Psychiatry and the Law, Pre-AAPL meeting, Ireland, September 16-26, 2000

13. Hall RCW, **Hall RCW**, Chapman M: **Workplace Violence.** American Academy of Psychiatry and the Law, Pre-AAPL meeting, Ireland, September 16-26, 2000

14. Hall RCW, **Hall RCW**: **Biological Warfare: Attack Scenarios and Public Health Issues.** Grand Rounds, Hennepin County Medical Center, Minneapolis, MN, December 8, 2000

15. Hall RCW, **Hall RCW**: **Bioterrorism: A Short History of Biowarfare & Analysis of the Threat.** Grand Rounds, Mayo Clinic, Jacksonville, FL, August 15, 2001

16. Hall RCW, **Hall RCW**: **Situational Suicide.** Halifax Medical Center, Daytona Beach, FL, September 13, 2001

17. Hall RCW, **Hall RCW**: **Domestic Violence: The Physician's Role.** Halifax Medical Center, Daytona Beach, FL, September 14, 2001

18. Hall RCW, **Hall RCW**: **Terrorism, Bioterrorism and Assault with Anthrax as a Biological Weapon.**

    -Florida Psychiatric Society, Fall Meeting, Coconut Grove, FL, November 4, 2001
    -Grand Rounds, Louisiana State University Health Sciences Center, Shreveport, LA, January 30, 2002

19. Hall RCW, **Hall RCW**: **Smallpox**. Grand Rounds, Louisiana State University Health Sciences Center, Shreveport, LA, January 30, 2002

20. Hall RCW, **Hall RCW**: **Psychopharmacology - Forensic Risk and Clinical Practice: Things the clinician must know.** Apopka Community Health Center, Apopka, FL, March 13, 2002

21. Hall RCW, **Hall RCW**: **Overview of Terrorism and Bioterrorism.** Orlando Police Academy, Orlando Police Department, Orlando, FL, August 2, 2002

22. Hall RCW, **Hall RCW**: **Workplace Violence, School Shootings and Occupations at Risk: Analysis of current data and psychological profiles**. Orlando Police Academy, Orlando Police Department, Orlando, FL, August 2, 2002

23. Hall RCW, **Hall RCW**: **Smallpox as a Biological Weapon**. Orlando Police

Academy, Orlando Police Department, Orlando, FL, August 2, 2002

24. Hall RCW, **Hall RCW**: **Smallpox as an Agent for Biological Warfare.** Southern Psychiatric Association Annual Meeting, Loews Ventana Canyon Resort, Tucson, AZ, October 3, 2002

25. Hall RCW, **Hall RCW**: **Domestic Violence: The Physician's Role.** Mandatory Madness, Halifax Medical Center, Daytona USA, Daytona Beach, FL, December 14, 2002

26. Hall RCW, **Hall RCW**, Chapman MJ: **Workplace Violence, School Shootings and Occupations at Risk: Analysis of current data and psychological profiles.** Orlando Police Department, Orlando, FL, February 11, 2003

27. Hall RCW, **Hall RCW**: **Medical and Psychological Sequelae of Bombings: Implications for First Responders and Critical Government Staff.** Orlando Police Department, Orlando, FL, February 11, 2003

28. Hall RCW, **Hall RCW**: **Domestic Violence: The Physician's Role.** Florida Psychiatric Society Spring Meeting, Orlando, FL, April 5, 2003

29. Hall RCW, **Hall RCW**: **Terrorist Bombings: Medical and Psychiatric Impact.** Southern Psychiatric Association's Annual Meeting, Nashville, TN, October 11, 2003

30. Hall RCW, **Hall RCW**: **Terrorism, Bombings, and Psychiatric Casualties.** University of Florida, Department of Psychiatry, Visiting Professor Program, November 7, 2003

31. Hall RCW, **Hall RCW**: **Domestic Violence: The Physician's Role.** Tampa Bay Psychiatric Society, Tampa, FL, sponsored by Pfizer, January 29, 2004

32. Hall RCW, **Hall RCW**: **Smallpox as an Agent for Biological Warfare.** Orlando Police Academy, Orlando Police Department, Orlando, FL, August 13, 2004

33. Hall RCW, **Hall RCW**: **Medical and Psychiatric Casualties of Terrorist Bombings.** Orlando Police Academy, Orlando Police Department, Orlando, FL, August 13, 2004

34. Hall RCW, **Hall RCW**: **Medical and Psychological Consequences of Bombings.** Grand Rounds, Tulane University, Department of Psychiatry, New Orleans, LA, January 28, 2005

35. Hall RCW, **Hall RCW**: **Psychological Sequelae of Weapons of Mass Destruction on First Responders.** South Central Center for Public Health Preparedness/Alabama Department of Public Health, Montgomery, AL, Satellite Conference, May 6, 2005

36. Hall RCW, **Hall RCW**: **Medical and Psychological Aspects of Terrorist Bombings.** Grand Rounds, Sinai Hospital, Department of Medicine, Baltimore, MD, June 2, 2005

37. Hall RCW, **Hall RCW**: **Managed Care Disrupting the Physician-Patient Relationship: The New Realities. (Abbreviated version)** Forensic Psychiatry Fellows and Residents, University of Florida, Gainesville, FL, January 24, 2006

38. Hall RCW, **Hall RCW**, Chapman MJ: **Managed Care Disrupting the Physician-Patient Relationship: The New Realities.** Presidential Address. Southern Psychiatric Association, Baltimore, MD, September 30, 2006.

39. Hall RCW, **Hall RCW: When the System is Overwhelmed: Protecting the Provider during Biodisaster.** Satellite Conference, University of Alabama Birmingham South Central Center for Public Health Preparedness/Alabama Department of Public Health/Tulane University School of Public Health, Montgomery, AL, February 27, 2007.

40. **Hall RCW: Testamentary Capacity from Isaac Ray to Anna Nicole Smith.** Grand Rounds, Case Western Reserve School of Medicine, Cleveland, OH, March 28, 2008

41. Hall RCW, **Hall RCW**, Rundell JR, Winstead DK: **Psychiatrists' Role in Disaster Management: Lessons Learned.** Course 14, American Psychiatric Association, Annual Meeting, Washington, DC, May 3, 2008.

42. **Hall RCW: Violence in the Elderly: Forensic and Treatment Concerns.** Forensic Forum, Florida Psychiatric Society, ChampionsGate, FL, September 20, 2008.

43. **Hall RCW: Testamentary Capacity: From Isaac Ray to Anna Nicole Smith.** Southern Psychiatric Association, September 25, 2008.

44. **Hall RCW: Testamentary Capacity: From Isaac Ray to Anna Nicole Smith.** Forensic Psychiatry Program, University of South Florida, Tampa, FL, January 29, 2009.

45. **Hall RCW,** Hall RCW**: Domestic Violence as Portrayed in Film – A Realistic Appraisal?** Florida Psychiatric Society, St. Petersburg Beach, FL, March 20, 2009.

46. **Hall RCW,** Silberman E, Preven D, Weissman S (chairperson): **Indications for the Use of Combined Talking Therapy and Pharmacotherapy and How to Teach in Residency.** Corresponding Committee on Graduate Education, CW16, American Psychiatric Association, San Francisco, CA, May 19, 2009.

*** Boldface indicates Ryan C. W. Hall, MD**

**MEDIA:**

1. *Time* Magazine, **Definition, Diagnosis, and Forensic Implications of Postconcussional Syndrome,** May 16, 2005

2. Reach MD Radio, **Pedophilia.** April 25, 2007

3. *MD Consult*. Doug Kaufman. Joint telephone interview with Richard C. W. Hall, MD, **Pedophilia.** May 2, 2007

4. The Korean Broadcasting System, KBS Special, **Pedophilia**. March 11, 2008.

5. Tony Pipitone, WKMG-TV Channel 6, **Mothers Who Kill Their Children.** October 28, 2008.

6. J. L. Webb. Orlando Medical News. **Cyberchondriacs.** November 13, 2008.

7. Fox 35 News, Orlando. **Forensic Implications of Casey Anthony case.** December 11, 2008.

8. Fox 35 News, Orlando. **The Casey Anthony Case: DNA Evidence.** December 12, 2008.

9. Jessica Sanchez, WKMG-TV Channel 6. **The Casey Anthony Case: Baker Act and Stressors.** January 23, 2009.

10. Nam Nae Won and Jihyun Song. Korea Educational Broadcasting System. **Pedophilia.** March 30, 2009.

11. Keith Landry, Fox 35 News, Orlando. **Effects of Stress and Financial Strain**. June 15, 2009.

12. Heidi Hatch, Fox 35 News, Orlando. **Effects of Stress on Families.** June 16, 2009.