UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-CIV-80119-MARRA/JOHNSON

JANE DOE NO. 2,

    Plaintiff,

vs.

JEFFREY EPSTEIN,

    Defendant.
_____/

Related cases:
08-80232, 08-08380, 08-80381, 08-80994,
08-80993, 08-80811, 08-80893, 09-80469,
09-80591, 09-80656, 09-80802, 09-81092
_____/

FILED by ___ D.C.
JUN 14 2010
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

**Defendant, Jeffrey Epstein's Emergency Motion For Protective Order, Motion to Quash and Motion for Attorneys' Fees, With Incorporated Memorandum Of Law**

    Defendant, JEFFREY EPSTEIN, (hereinafter "EPSTEIN") by and through his undersigned attorneys, hereby files his Emergency Motion For Protective Order, Motion to Quash and Motion for Attorneys' fees and Costs, With Incorporated Memorandum Of Law. In support, Defendant states as follows:

    1. As this Court is well aware, these cases have been consolidated for discovery. However, on April 1, 2010, Plaintiff's counsel, Spencer Kuvin, filed C.L. v. Epstein, Case No. 10-80447-cv-Marra/Johnson, and that case has not been consolidated with the other related cases for purposes of discovery.

    2. On April 20, 2010, Mr. Kuvin served Maritza Milagros Vasquez with a subpoena for deposition, which is set to occur tomorrow. See Exhibit "A". However, this Notice and subpoena for deposition must be stricken/quashed as Mr. Kuvin, on behalf of his client, has failed to comply with Fed.R.Civ.P. 26 (d). That rule states, in pertinent part,

that: "[a] party may not seek discovery from any source before the parties have conferred as required by Rule 26(f)...." Mr. Kuvin, on behalf of his client, has not complied with Rule 26(f) and, therefore, the subpoena for deposition must be stricken/quashed and a Protective Order should be entered pursuant to Rule 26(c) forbidding the deposition from occurring for non-compliance with the applicable rules. In Varo, Inc. v. Litton Systems, Inc., 129 F.R.D. 139, 141 (N.D. TX 1989), the court held that one cannot be compelled to comply with a withdrawn subpoena. Id. Likewise, the court here cannot compel Maritza Milagros Vasquez to attend any deposition when the subpoena itself is invalid, especially when it will require those involved in these matters to incur substantial attorneys' fees.

3. Next, Mr. Brad Edwards, counsel for Jane Doe, cross-noticed Maritza Milagros Vasquez's deposition in Jane Doe (#08-80893 – Exhibit "B"), which matter is already set for trial in July 2010. Discovery concluded on May 31, 2010 (see DE 531). Accordingly, the cross notice served by Jane Doe must be stricken/quashed and a protective order entered because the subpoena itself in invalid due to C.L.'s counsel's failure to comply with Rule 26(d) and discovery in Jane Doe (80893) has concluded.

### Rule 7.1 Certification

I hereby certify that counsel for the respective parties communicated by e-mail in a good faith effort to resolve the issues set forth above prior to the filing of this Motion and none of the issues were resolved.

WHEREFORE, Defendant requests that this Court enter an order granting Defendant's motion for protective order and motion to quash. Defendant further requests that this Court award his attorney's fees and costs associated with this motion, in accordance with Rule 37, Fed.R.Civ.P. and applicable Local Rules and specifically:

    a. Quash CL's subpoena attached as Exhibit "A";

b. Quash and/or strike Jane Doe's cross notice as to Exhibit "A" because Exhibit "A" is invalid and discovery has concluded in Jane Doe;
c. Award attorneys to Defendant for CL and Jane Doe's noncompliance with these discovery matters; and
d. for such other and further relief as this court deems just and proper.

By: _____
MICHAEL J. PIKE, ESQ.
Florida Bar #617296

### Certificate of Service

I HEREBY CERTIFY that a true copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the following Service List in the manner specified by CM/ECF on this 14th day of June, 2010

Respectfully submitted,

By: _____
ROBERT D. CRITTON, JR., ESQ.
Florida Bar No. 224162
rcrit@bclclaw.com
MICHAEL J. PIKE, ESQ.
Florida Bar #617296
mpike@bclclaw.com
BURMAN, CRITTON, LUTTIER &
COLEMAN
515 N. Flagler Drive, Suite 400
West Palm Beach, FL 33401
561/842-2820 Phone
561/515-3148 Fax
*(Counsel for Defendant Jeffrey Epstein)*

### Certificate of Service
Jane Doe No. 2 v. Jeffrey Epstein
Case No. 08-CV-80119-MARRA/JOHNSON

| | |
|---|---|
| Stuart S. Mermelstein, Esq. | Brad Edwards, Esq. |
| Adam D. Horowitz, Esq. | Rothstein Rosenfeldt Adler |
| Mermelstein & Horowitz, P.A. | 401 East Las Olas Boulevard |
| 18205 Biscayne Boulevard | Suite 1650 |

Suite 2218
Miami, FL 33160
305-931-2200
Fax: 305-931-0877
ssm@sexabuseattorney.com
ahorowitz@sexabuseattorney.com
*Counsel for Plaintiffs
In related Cases Nos. 08-80069, 08-80119, 08-80232, 08-80380, 08-80381, 08-80993, 08-80994*

Jack Alan Goldberger, Esq.
Atterbury Goldberger & Weiss, P.A.
250 Australian Avenue South
Suite 1400
West Palm Beach, FL 33401-5012
561-659-8300
Fax: 561-835-8691
jagesq@bellsouth.net
*Counsel for Defendant Jeffrey Epstein*

Fort Lauderdale, FL 33301
Phone: 954-522-3456
Fax: 954-527-8663
bedwards@rra-law.com
*Counsel for Plaintiff in Related Case No. 08-80893*

Paul G. Cassell, Esq.
*Pro Hac Vice*
332 South 1400 E, Room 101
Salt Lake City, UT 84112
801-585-5202
801-585-6833 Fax
cassellp@law.utah.edu
*Co-counsel for Plaintiff Jane Doe*

Isidro M. Garcia, Esq.
Garcia Law Firm, P.A.
224 Datura Street, Suite 900
West Palm Beach, FL 33401
561-832-7732
561-832-7137 F
isidrogarcia@bellsouth.net
*Counsel for Plaintiff in Related Case No. 08-80469*

AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| C.L. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 10-80447-cv-Marra/Johnson |
| JEFFREY EPSTEIN | ) | |
| | ) | (If the action is pending in another district, state where: ) |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: MARITZA MILAGROS VASQUEZ, 1253 SW 21ST TERRACE, APT 21, MIAMI, FL 33145-2922

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: INTELLIGENT OFFICE, 701 BRICKELL AVENUE, SUITE 1550, MIAMI, FL 33131 | Date and Time: 05/18/2010 10:00 am |
|---|---|

The deposition will be recorded by this method: **VIDEOGRAPHER AND COURT REPORTER**

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 04/08/2010

CLERK OF COURT

_____     OR     _____
Signature of Clerk or Deputy Clerk              Attorney's signature

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____C.L._____, who issues or requests this subpoena, are:
SPENCER T. KUVIN, ESQ., LEOPOLD-KUVIN, P.A., 2925 PGA BOULEVARD, SUITE 200, PALM BEACH GARDENS, FLORIDA 33410
T: 561-515-1400     F: 561-515-1401


"A"

AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 10-80447-cv-Marra/Johnson

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named individual as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____        _____
                                *Server's signature*

                        _____
                                *Printed name and title*

                        _____
                                *Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JANE DOE,

    Plaintiff,

Vs.

JEFFREY EPSTEIN, et al.

    Defendant.
_____/

CASE NO. 08-CV-80893-CIV-MARRA/JOHNSON

Related Cases:
08-80119, 08-80232, 08-80380, 08-80381,
08-80994, 08-80811, 08-80893, 09-80469,
09-80591, 09-80656, 09-80802, 09-81092
_____/

### PLAINTIFF'S CROSS-NOTICE OF VIDEO DEPOSITION OF MARITZA MILAGROS VASQUEZ

**PLEASE TAKE NOTICE** that plaintiff, Jane Doe, will take the video deposition by oral examination, of the persons named below, at the time, on the date, at the hour of the place indicated:

| NAME | DATE AND TIME | PLACE OF TAKING DEPOSITON |
|---|---|---|
| Maritza Milagros Vasquez | June 15, 2010 @ 10:00AM | Intelligent Office<br>701 Brickell Avenue, Suite 1550<br>Miami, FL 33131 |

upon oral examination before Videographer and a Notary Public, or any other notary public or officer authorized by law to take depositions in the State of Florida. The oral examination will continue from day to day until completed. The depositions are being


"B"

CASE NO: 08-CV-80119-MARRA/JOHNSON

taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the Rules of Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served by e-mail on May 12, 2010 to: See attached service list.

Bradley J. Edwards
**Farmer, Jaffe, Weissing,**
**Edwards, Fistos & Lehrman, PL**
425 N. Andrews Ave., Suite 2
Fort Lauderdale, FL 33301
(954) 524-2820
(954) 524-2822 fax
brad@pathtojustice.com

By: _____
BRADLEY J. EDWARDS
Florida Bar No.: 542075

CASE NO: 08-CV-80119-MARRA/JOHNSON

## SERVICE LIST

### Jane Doe v. Jeffrey Epstein
### United States District Court - Southern District of Florida

Jack Alan Goldberger, Esq.
Jgoldberger@agwpa.com

Robert D. Critton, Esq.
rcritton@bclclaw.com

Isidro Manual Garcia
isidrogarcia@bellsouth.net

Jack Patrick Hill
jph@searcylaw.com

Katherine Warthen Ezell
KEzell@podhurst.com

Michael James Pike
MPike@bclclaw.com

Paul G. Cassell
cassellp@law.utah.edu

Richard Horace Willits
lawyerswillits@aol.com

Robert C. Josefsberg
rjosefsberg@podhurst.com

Adam D. Horowitz
ahorowitz@sexabuseattorney.com

Stuart S. Mermelstein
ssm@sexabuseattorney.com

3