UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-CIV- 80893 – MARRA/JOHNSON

JANE DOE,

        Plaintiff,

v.

JEFFREY EPSTEIN,

        Defendant.
_____/

## NOTICE OF FILING LOCAL RULE 7.1 COMPLIANCE AS TO DE 165

Defendant, JEFFREY EPSTEIN, hereby gives Notice of Filing Local Rule 7.1 Compliance in connection to Defendant's Motion for Separate Trial or Bifurcation of Plaintiff's Punitive Damages Claim in support thereof :

1. The undersigned has attempted to contact Plaintiff's attorney, Mr. Edwards regarding the foregoing by telephone. However, Mr. Edwards has not returned the undersigned's telephone calls. Nonetheless, given the Plaintiff's posture in this matter, it is the Defendant's belief that the Plaintiff may object to all or some of the Defendant's Motion.

By: /s/ Michael J. Pike
MICHAEL J. PIKE, ESQ.
Florida Bar #617296

Jane Doe v. Epstein, et al.
Page 2

## Certificate of Service

I HEREBY CERTIFY that a true copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the following Service List in the manner specified by CM/ECF on this 25th day of June, 2010.

Respectfully submitted,

By: /s/ Michael J. Pike
ROBERT D. CRITTON, JR., ESQ.
Florida Bar No. 224162
rcrit@bclclaw.com
MICHAEL J. PIKE, ESQ.
Florida Bar #617296
mpike@bclclaw.com
BURMAN, CRITTON, LUTTIER & COLEMAN
515 N. Flagler Drive, Suite 400
West Palm Beach, FL 33401
561/842-2820 Phone
561/515-3148 Fax
*(Counsel for Defendant Jeffrey Epstein)*

## Service List

Brad Edwards, Esq.
Farmer, Jaffe, Weissing, Edwards,
Fistos & Lehrman, PL
425 N. Andrews Avenue
Suite 2
Fort Lauderdale, FL 33301
Phone: 954-524-2820
Fax: 954-524-2822
Brad@pathtojustice.com

Jack Alan Goldberger, Esq.
Atterbury Goldberger & Weiss, P.A.
250 Australian Avenue South
Suite 1400
West Palm Beach, FL 33401-5012
561-659-8300
561-835-8691 Fax
jagesq@bellsouth.net
*Co-Counsel for Defendant Jeffrey Epstein*

*Counsel for Plaintiff*


Paul G. Cassell, Esq.
*Pro Hac Vice*
332 South 1400 E, Room 101
Salt Lake City, UT 84112
801-585-5202
801-585-6833 Fax
cassellp@law.utah.edu
*Co-counsel for Plaintiff*