UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80893-CIV-MARRA/JOHNSON

JANE DOE,

       Plaintiff,

vs.

JEFFREY EPSTEIN,

       Defendant.
_____/

ORDER SCHEDULING
SETTLEMENT CONFERENCE

Pursuant to the Order of Reference entered by United States District Judge Kenneth A. Marra, a Settlement Conference in this matter is scheduled to be held before the undersigned, commencing at <u>9:30 a.m.</u>[1], <u>Tuesday, July 6, 2010</u>, in **Room 1067, at the Federal Justice Building (James Lawrence King Building), 99 NE Fourth Street, Miami, Florida.**

    1. The Settlement Conference <u>shall</u> be attended by all parties, corporate representatives, and their counsel of record. Each side shall have a party representative present with <u>full authority</u> to negotiate <u>and finalize</u> any settlement agreement reached. Failure of a party representative <u>with full and final authority</u> to make and accept offers of settlement to attend this conference, may result in the undersigned's *sua sponte* recommendation that sanctions be entered against the offending party.

    2. In the event that a monetary settlement would be payable from proceeds of an insurance policy, <u>a claims professional/representative(s) from the party's insurer with full and final authority to authorize payment to settle the matter up to the full limits of the party's policy(s) or the most recent demand, whichever is lower, shall also be present</u>.

    3. The parties shall each submit a brief Confidential Settlement Statement, outlining the outstanding issues, the party's position, the results of any previous settlement negotiations held, and any other information which may be helpful to the undersigned in settling the case. **THE STATEMENTS SHALL BE SUBMITTED TO CHAMBERS <u>ON OR BEFORE 5:00 P.M. ON THURSDAY, JULY 1, 2010.</u>**

---

[1] The parties should be prepared to engage in continuous settlement negotiations until either a resolution is reached or impasse declared. Parties and counsel are encouraged to bring bag lunches or snacks as needed.

4. The Conference will not be continued absent a written motion and a showing of compelling circumstances.

5. Telephonic attendance will not be considered without the undersigned's prior permission, and unless extraordinary circumstances exist.

6. In the event this matter settles prior to the Conference, <u>the parties shall immediately advise the undersigned's chambers</u>. Written confirmation of a settlement should also be faxed to chambers at (305) 523-5769.

7. The Conference shall be conducted without a court reporter and will not be tape recorded. All representations and statements made at the Conference shall remain confidential.

8. **IN THE EVENT THAT A PARTY OR CORPORATE REPRESENTATIVE DOES <u>NOT</u> SPEAK ENGLISH, BE AWARE THAT THE COURT DOES <u>NOT</u> PROVIDE AN INTERPRETER IN CIVIL CASES. AS A RESULT, IF A PARTY OR CORPORATE REPRESENTATIVE REQUIRES AN INTERPRETER, THAT PARTY OR REPRESENTATIVE <u>MUST</u> PROVIDE THEIR OWN INTERPRETER. <u>SANCTIONS WILL BE IMPOSED FOR FAILURE TO FOLLOW THIS REQUIREMENT.</u>**

9. The parties are further advised that all electronic devices, including cell phones and laptop computers, with limited exception (see attached memo), are prohibited from being brought into the Federal Courthouse. <u>Counsel are responsible for informing their clients of the Court's electronic device policy, last amended on 7/28/06.</u>

10. <u>**SANCTIONS WILL BE IMPOSED FOR FAILURE TO FOLLOW ANY OF THE REQUIREMENTS OF THIS ORDER.**</u>

11. Please be advised that all persons, including parties, counsel and interpreters **MUST** bring government issued photo identification to enter the building. Building security may refuse entrance to any person without proper photo identification.

**DONE and ORDERED** in chambers at Miami, Florida this ___29th___ day of June, 2010.

_____
**PETER R. PALERMO
SR. UNITED STATES MAGISTRATE JUDGE**

cc: District Judge Kenneth A. Marra
     Magistrate Judge Linnea R. Johnson
     Counsel of record

Pursuant to Administrative Order 2006-16, issued by the Chief Judge July 31, 2006
A complete version of this Administrative Order is available from the Clerk of Court

## CELLULAR PHONE AND ELECTRONIC EQUIPMENT USAGE IN THE COURTHOUSE

I. **Electronic Devices.**

All electronic devices including but not limited to Cellular Phones, Pagers, Personal Data Assistants (PDA), Laptop Computers, Tape Recorders, etc., are prohibited from being brought into any federal courthouse facility within the Southern District of Florida with the following exceptions:

A. A written request signed by a judge or other designated authority, forwarded to the United States Marshal for verification, allowing a specific person access to the courthouse with a specific electronic device for a specific purpose and period of time; or,

B. Any federal courthouse employee (United States Probation, Clerk's Office, Chambers Staff, and United States Marshals Service) with valid permanent government employee identification; or,

C. Any attorney of the United States Attorney's Office or the Federal Public Defender's Office with a valid identification card issued from that office; or,

D. Any Special Agent for the United States Government or other law enforcement officer authorized to enforce the law within the Southern District of Florida, having official business within the courthouse facility and possessing a valid agency/department issued identification badge; or,

E. Any attorney permitted to practice law within the Southern District of Florida with a valid Florida Bar identification card or pro hac vice order having business within the facility. This applies to attorneys only and precludes staff, investigators, clients, etc.; and,

II. **Cameras and Cellular Phones with Integrated Camera Device**

Pursuant to Southern District of Florida Local Rule 77.1, cameras of any type are not allowed in any of the federal courthouse facilities without a written order signed by a judge and verified by the United States Marshals Service. Notwithstanding that local rule, those persons permitted to bring a cellular phone into a federal courthouse facility, pursuant to the exceptions listed, may bring that cellular phone, even if it contains an integrated camera device, into any federal courthouse facility. No cellular phones of any kind may be used in a courtroom or jury deliberations room and no photographs of any kind may be taken in any federal courthouse facility.