CASE NO:  08-CV-80893-MARRA/JOHNSON
*Plaintiff's Motion for Writ of Habeas Corpus*

# EXHIBIT A

**Page 242**

1  engaging in sex acts with these young girls?
2      MR. CRITTON: Form.
3      THE WITNESS: No, I don't know.
4  BY MR. EDWARDS:
5      Q. No one ever told you that?
6      A. No.
7      Q. Well, since you've been keeping up with
8  what's been written in the newspapers, at some
9  point in time you've read that Nadia Marcenacova
10 joined in some of these sex acts with some of
11 these girls. Right?
12     MR. CRITTON: Form.
13     THE WITNESS: I believe so.
14 BY MR. EDWARDS:
15     Q. I'm not the first person telling you
16 that?
17     A. No, no, no, I read it in the newspaper.
18     MR. CRITTON: He read your press release.
19     MR. EDWARDS: Long before I ever had
20   anything to do with this case.
21 BY MR. EDWARDS:
22     Q. Were you surprised when you read that?
23     MR. CRITTON: Form.
24     THE WITNESS: No.
25 BY MR. EDWARDS:

**Page 243**

1      Q. Were you surprised when the story started
2  coming out that these girls that were coming over
3  to the house were under the age of 18 and Mr.
4  Epstein was engaging in sex acts with them?
5      MR. CRITTON: Form.
6      THE WITNESS: No.
7  BY MR. EDWARDS:
8      Q. When was the first time that you knew for
9  sure 100 percent that -- well, let me say it this
10 way.
11     When was the first time that you read
12 that information?
13     A. Underage?
14     Q. Yes.
15     A. When this scandal broke out when the Palm
16 Beach Police Department --
17     Q. Contacted you?
18     A. Yeah.
19     MR. CRITTON: Why don't you let him
20   finish his answer instead of suggesting or
21   giving him the answer.
22     THE WITNESS: The West Palm Beach Police
23   Department got involved.
24 BY MR. EDWARDS:
25     Q. Skipping to the second paragraph of

**Page 244**

1  page 72, Rodriguez stated the amount of girls that
2  came to the house was approximately 15.
3      That's the estimate that you gave back --
4      A. All the girls that I saw coming in and
5  out.
6      Q. Well, when I read this, you can tell me
7  what it actually means, when I read this I
8  interpreted that as because they were talking
9  about masseuses I interpreted that as the number
10 of girls of the Palm Beach area that came over and
11 you labeled masseuses. Is that correct?
12     MR. CRITTON: Form.
13     THE WITNESS: Yes.
14 BY MR. EDWARDS:
15     Q. Okay. Could you name -- I mean, I know
16 that we've named T. and C., could you name any of
17 the other --
18     A. C. comes all the time, you know, I
19 remember her.
20     Q. Okay. No other names pop out though?
21     A. To be honest with you, no.
22     Q. A.?
23     A. Yeah, because I remember because the car.
24     Q. All right. It goes on to say, when asked
25 to identify these girls, so somebody else asked

**Page 245**

1  you the same question I just did, Rodriguez stated
2  he could not at the moment but knew he wrote their
3  names down on a journal he kept during his employ
4  with Mr. Epstein. Is that true?
5      A. Yes.
6      MR. CRITTON: Form.
7  BY MR. EDWARDS:
8      Q. Did you ever find that journal?
9      A. Probably has some pages at home.
10     Q. Because later on it seems like you met up
11 with the police officer and produced a green
12 folder that contained documents, but that's not
13 the same thing as the journal. Right?
14     A. No, this is my writings.
15     Q. Okay. So if we want to obtain that
16 journal from you what's the best way to go about
17 getting it?
18     A. I probably have to look in my house.
19     Q. Okay. Well, it looks like we're going to
20 come back for a second part of this, so by next
21 time maybe you could find it. Right?
22     A. Okay.
23     Q. All right. Mr. Mermelstein asked you if
24 anybody had contacted you about this case that was
25 either an -- that was an investigator with Mr.

Page 222

1 Epstein's investigators that you felt there was
2 more going on in the bedroom than just massages?
3         MR. CRITTON: Form.
4         THE WITNESS: Because they were more
5     interested in how much I know, they didn't
6     ask me anything else, and I told them
7     exactly what I knew and what I was doing.
8 BY MR. EDWARDS:
9    Q.  Okay. You were asked by Mr. Mermelstein
10 when he was asking you about the meeting with Mr.
11 Epstein's investigators he said, did they make any
12 threat or did they threaten you, and you paused
13 and said I don't believe so.
14    A.  Yeah, I think they didn't tell me
15 anything that I will feel -- they told me that
16 they want to know what I know and if I need an
17 attorney.
18    Q.  Okay. Did you find that strange at all
19 that they offered you an attorney?
20    A.  I went to have dinner at my house and I
21 told this to my wife and she told me, Alfredo, you
22 don't need an attorney, so I called him the next
23 day and that was it.
24    Q.  You called the investigators?
25    A.  Yes. I declined, I don't need an

Page 223

1 attorney.
2    Q.  If we want to know the exact names of the
3 investigators that you met at Don Shula's and at
4 your house, how would we get that information, do
5 you have it somewhere?
6    A.  Probably I have it in the house.
7    Q.  So if we do have to come back here and
8 finish this up, the next time would you be able to
9 bring that?
10    A.  I think so.
11    Q.  Okay. Do you know where in your house
12 that you have it, I mean, have you kept it in a
13 certain place?
14    A.  I have to look.
15    Q.  All right. After the sentence that we
16 left off it says, he, speaking of Mr. Rodriguez,
17 would clean Mr. Epstein's bedroom after the
18 alleged massages and would discover massagers
19 slash vibrators and sex toys scattered on the
20 floor.
21         Can you tell us what types of sex toys
22 that you found scattered on the floor after the
23 massages with these young girls?
24         MR. CRITTON: Form.
25         THE WITNESS: Like I explain, there was a

Page 224

1     massage with a handle with two rubber things
2     that you can do massage yourself, this was
3     always on the floor, maybe one or two.
4 BY MR. EDWARDS:
5    Q.  Okay. When you say this is always on the
6 floor, do you mean 24 hours a day it's on the
7 floor?
8    A.  No, no, no, after each massage. Because
9 I assume the masseuses or anybody they were doing,
10 they were taken out of the closet wherever they
11 belong and they would leave there. So Louella and
12 myself, we always find this on the floor.
13    Q.  And this is a massager that belongs to or
14 is owned by Mr. Epstein?
15    A.  Yes.
16    Q.  This isn't something that these girls
17 would bring over to the house?
18    A.  No, no, it's in the house, it's part of
19 the inventory.
20    Q.  And that statement is a few statements
21 after you felt that there was a lot more going on
22 than just massages, is there something about that
23 object being left on the ground and the type of
24 object that it was that also lead you to believe
25 that there is something more going on here than

Page 225

1 just massages?
2         MR. CRITTON: Form.
3         THE WITNESS: Yes.
4 BY MR. EDWARDS:
5    Q.  What about it, just tell us?
6         MR. CRITTON: Form.
7         THE WITNESS: I thought they were having
8     a good time, I never thought it was
9     something done against anybody's will, but
10    of course, you know that it's more than
11    massage.
12 BY MR. EDWARDS:
13    Q.  Right, I'm just asking you to explain how
14 you know that.
15        MR. CRITTON: Let me just move to strike
16    his last answer as speculation. Form as to
17    your statement.
18        THE WITNESS: You're 50 years old and
19    it's -- you're an old -- you know, it's just
20    instinct.
21        MR. CRITTON: Move to strike.
22 BY MR. EDWARDS:
23    Q.  It was obvious to you?
24    A.  Yes.
25        MR. CRITTON: Form.

Page 226

BY MR. EDWARDS:
Q. He also said he would wipe down the vibrators and sex toys and put them away in the armoire.
MR. CRITTON: Form.
THE WITNESS: These things have a tip, they have the cream, they have all kinds of cream for giving massage.
BY MR. EDWARDS:
Q. How many of these massagers or vibrators would you wipe down?
MR. CRITTON: Form.
THE WITNESS: This big one all the time.
BY MR. EDWARDS:
Q. Right. Other than the big one all the time did you wipe down at any time any of the other sex toys or vibrators?
A. No.
MR. CRITTON: Form.
BY MR. EDWARDS:
Q. So if there were any other sex toys or vibrators or I believe you used the term dildo earlier that were ever used, those are items that you did not find on the floor and were put away in the armoire?

Page 227

MR. CRITTON: Form.
THE WITNESS: Louella told me I did this, I did that.
BY MR. EDWARDS:
Q. So tell us what did Louella tell you?
A. She find toys on the floors, she have to clean them.
Q. Did she tell you when she found the toys on the floor?
A. After his massages, you know.
Q. With the young girls that we're talking about?
A. Yes.
Q. Okay. And when did Louella tell you that?
A. Almost every other time when she found it, you know, Alfredo I found this thing again because she despised to clean this, she had to put the gloves or whatever.
Q. Okay. So it sounds like you had an actual conversation about this where she's describing she doesn't want to clean it.
A. Because I told her to tell me up to date on things that are not normal, so she told me, you know, I found this, I found that, or some

Page 228

underwear she brought it to the laundry and we used to label it.
Q. Just so that the record is clear as to what we're talking about with this and that, I want you to tell us what Louella would tell you specifically, I found this and then would she show you what it was?
A. No, she didn't show me, she said I cleaned this and I put it away, it was a vibrator.
Q. Did she describe the vibrator for you so that you knew which one she was talking about?
A. The vibrator that a female would use for personal use.
Q. Not the same long one that you've been describing?
A. No.
Q. One that is a penis shaped vibrator.
MR. CRITTON: Form.
THE WITNESS: Yes.
BY MR. EDWARDS:
Q. That's what she was talking about?
A. Yes.
Q. And did she tell you on how many occasions after these --
A. Several times.

Page 229

Q. And can you explain to us why it is that -- and maybe it's just I don't understand the process of cleaning the room who went in first and second and whatever, but my question is why is it that she would always be the one to encounter the penis shaped vibrators and you would encounter this other longer vibrator?
MR. CRITTON: Form.
THE WITNESS: Because it was her job to clean the room. When she was busy she will ask me, Alfredo, can you help me carry, I have a lot of towels, because there were mountains because being an older woman I help her carry to the -- and put the towels downstairs, take it to the laundry. But she told me I found these things, I clean it, I put it in that armoire, they're over there.
So she will give me -- we used to communicate all those little details, but it was her job to be in the room first.
BY MR. EDWARDS:
Q. And what did she say about liking or disliking the fact that she had to clean these vibrators?
A. She didn't like to clean those.

58 (Pages 226 to 229)

### Page 230

1  Q. Did she tell you why?
2  A. Because, you know, she knew what they
3  were for and probably she despised to clean
4  objects.
5  Q. Did she ever make any comments about how
6  young the girls were that were in the room with
7  Mr. Epstein just before she had to go in and clean
8  these vibrators?
9     MR. CRITTON: Form.
10    THE WITNESS: No.
11 BY MR. EDWARDS:
12 Q. Is the age of the girls that were coming
13 over and going behind closed doors with Mr.
14 Epstein a subject that ever came up between you
15 and Louella?
16 A. Sometimes.
17 Q. And what would the conversation consist
18 of?
19 A. She will be surprised and say some of the
20 girls are too young, and I said -- we just wonder,
21 you know, but we comment each other.
22 Q. Did it ever -- as a father did it ever
23 occur to you that maybe I should say something or
24 I shouldn't be here or I shouldn't be apart of
25 this considering how young they are and how old he

### Page 231

1  is?
2     MR. CRITTON: Form.
3     THE WITNESS: Yes.
4  BY MR. EDWARDS:
5  Q. Is that something that on more than one
6  occasion you thought to yourself this is just
7  wrong?
8     MR. CRITTON: Form.
9     THE WITNESS: Yes.
10 BY MR. EDWARDS:
11 Q. And did you ever have a conversation with
12 Louella about the fact that that's not right?
13 A. We had.
14 Q. And Louella stayed there and she's still
15 employed there?
16 A. I believe she was.
17 Q. And did she ever mention to you that she
18 thought that the situation was wrong and that she
19 was contemplating --
20 A. She was a deeply religious --
21    MR. CRITTON: Form to the last question.
22    THE WITNESS: -- Catholic Filipino girl
23    -- lady, and one day she came crying because
24    she found a picture of the Pope next to
25    naked girl, both pictures, and she said it's

### Page 232

1  a lack of respect. So, you know, she was
2  shocked. So obviously she needed a job but
3  she expressed her --
4     MR. WILLITS: I'm sorry, I did not hear
5     that, could the witness repeat that?
6     THE WITNESS: I was just talking about
7     Louella, deeply religious staff member that
8     worked with me and she told me one occasion
9     that she was crying because the picture of
10    the Pope was next to a naked girl.
11    MR. WILLITS: Okay.
12 BY MR. EDWARDS:
13 Q. Okay. Besides Louella did you ever have
14 a conversation with anybody else that works in the
15 house about the young age of the girls and Mr.
16 Epstein being in the bedroom and the fact that
17 there are sex toys on the floor afterwards being
18 wrong?
19    MR. CRITTON: Form.
20    THE WITNESS: Nobody else inside the
21    house was allowed except just the two of us,
22    so I never commented on this with anybody.
23 BY MR. EDWARDS:
24 Q. All right. The next sentence starts a
25 new paragraph, Epstein ordered Rodriguez to go to

### Page 233

1  the Dollar Rent a Car and rent a car for the same
2  girl he brought the roses to.
3     I guess we're talking about A.
4     So that she could drive herself to
5  Epstein's house without incident. Rodriguez said
6  the girl always needed rides to and from the
7  house.
8     Are those statements you agree with?
9     MR. CRITTON: Form.
10    THE WITNESS: I took her a few times to
11    her house.
12 BY MR. EDWARDS:
13 Q. You took A. to and from her house?
14 A. In Royal Palm Beach.
15 Q. Okay. Did she say anything in the car to
16 you about what was going on in the bedroom with
17 Mr. Epstein?
18 A. I always try to keep the conversation to
19 a minimum when I was with them because it was my
20 job, you know, I didn't want to talk so the
21 conversation was minimal.
22 Q. And these are girls that you're talking
23 to that are roughly the same age as a daughter
24 that you have?
25 A. Yeah.