UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JANE DOE,　　　　　　　　　　CASE NO.  08-CV-80893-CIV-MARRA/JOHNSON

　　　Plaintiff,

Vs.

JEFFREY EPSTEIN, et al.

　　　Defendant.
_____/

Related Cases:
08-80119, 08-80232, 08-80380, 08-80381,
08-80994, 08-80811, 08-80893, 09-80469,
09-80591, 09-80656, 09-80802, 09-81092

_____/

**PLAINTIFF JANE DOE'S NOTIFICATION OF 90 DAYS EXPIRING ON HER MOTION FOR AN ORDER TO SHOW CAUSE**

　　　Plaintiff, Jane Doe, pursuant to local rule 7.1.b, hereby files this notification that 90 days have expired on Jane Doe's Motion for an Order to Show Cause regarding Jean Luc Brunel [DE 483].  In view of Jane Doe's impending trial on July 19, 2010, Jane Doe respectfully requests an expedited ruling on the motion.

**CONCLUSION**

　　　For the reasons explained by Jane Doe in her pleadings, the Court should grant the motion for an order to show cause.

　　　DATED: June 29, 2010

CASE NO: 08-CV-80893-MARRA/JOHNSON

Respectfully Submitted,

s/ Bradley J. Edwards
Bradley J. Edwards
FARMER, JAFFE, WEISSING,
EDWARDS, FISTOS & LEHRMAN, P.L.
425 North Andrews Avenue, Suite 2
Fort Lauderdale, Florida 33301
Telephone (954) 524-2820
Facsimile (954) 524-2822
Florida Bar No.: 542075
E-mail: brad@pathtojustice.com

*and*

Paul G. Cassell
Pro Hac Vice
332 S. 1400 E.
Salt Lake City, UT 84112
Telephone:   801-585-5202
Facsimile:   801-585-6833
E-Mail:   cassellp@law.utah.edu

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 29, 2010 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all parties on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive electronically filed Notices of Electronic Filing.

s/ Bradley J. Edwards
Bradley J. Edwards

CASE NO: 08-CV-80893-MARRA/JOHNSON

## SERVICE LIST

**Jane Doe v. Jeffrey Epstein**
**United States District Court, Southern District of Florida**

Jack Alan Goldberger, Esq.
Jgoldberger@agwpa.com

Robert D. Critton, Esq.
rcritton@bclclaw.com

Isidro Manual Garcia
isidrogarcia@bellsouth.net

Michael James Pike
MPike@bclclaw.com

Paul G. Cassell
cassellp@law.utah.edu