Page 230

1  THE WITNESS: I'd like to answer every one of
2  the claims of your clients today. However, my
3  attorneys have counseled me that today at least,
4  that I must simply assert my Fifth, Sixth and
5  Fourteenth Amendment Right.
6  BY MR. HOROWITZ:
7  Q  At any time prior to 2005 did you instruct S.K.
8  -- strike that.
9  At any time prior to 2005 did you instruct S.K.
10 to communicate with H.R. by telephone to arrange for
11 Jane Doe 7 to come to your home for a massage in which
12 you would pay her money?
13 MR. PIKE: Form.
14 THE WITNESS: I would very much like to answer
15 each and every question you've asked me here today,
16 but like many of your other questions, I am going
17 to have to assert my Fourteenth -- excuse me --
18 Fourteenth, Fifth and Sixth Amendment Rights as
19 advised by my counsel. Though I choose and prefer
20 to answer that question, my attorney said that if I
21 do so, I risk losing their counsel and waiving
22 those rights.
23 BY MR. HOROWITZ:
24 Q  Did you inform S.K. that the massage Jane Doe 7
25 was to give you would be sexual in nature?

Page 231

1  MR. PIKE: Form.
2  THE WITNESS: I'm sure the claims of sexual --
3  the claims -- the sexual claims made by your
4  client, Jane Doe 7, that would give me great
5  pleasure to answer with specificity. However,
6  today, I may -- I cannot do so on advice of my
7  counsel who's instructed me to assert my Fifth,
8  Sixth and Fourteenth Amendment Right. He told me
9  that if I choose to answer those questions, which
10 is my preference, that I would risk losing his
11 representation and waiving those rights.
12 BY MR. HOROWITZ:
13 Q  Did you observe S.K. speaking with H.R. by
14 telephone while making arrangements for Jane Doe 7 to
15 come to your home for a massage?
16 MR. PIKE: Form.
17 THE WITNESS: I would very much like to answer
18 each and every one of your questions today
19 especially with respect to Jane Doe 7 and her
20 claims. However, today, on advise of my counsel,
21 they've asked me to assert my Fourteenth, Sixth and
22 Fifth Amendment Rights. So, though I'd prefer to
23 answer those questions, I'm told that if I choose
24 to do so, I risk losing their representation and
25 waiving those rights.

Page 232

1  BY MR. HOROWITZ:
2  Q  At any time prior to May 2005 did you confirm
3  with S.K. that she had spoken to Jane Doe 7 by telephone
4  and that Jane Doe 7 would be coming to your home to give
5  you a massage?
6  MR. PIKE: Form.
7  THE WITNESS: I'd very much like to answer
8  every one of Jane Doe 7's claims with specificity,
9  but unfortunately, like many of your other
10 questions today, Mr. Horowitz, my attorneys have
11 counseled me that I may not answer any questions
12 that may be relevant to a lawsuit, or any of your
13 lawsuits.
14 Unfortunately, your partner after he filed this
15 lawsuit was suspended by the Florida Bar, so he's
16 not here. Mr. Edwards's partner, who sits in jail,
17 is not here. So these claims of a sexual nature
18 would give me great pleasure to be able to answer
19 with specificity, but I'm told that if I choose to
20 do so today, my -- I risk losing the representation
21 of my counsel and waiving my rights.
22 BY MR. HOROWITZ:
23 Q  Was it your intent during the course of Jane
24 Doe 7's visit to your home, that you would either
25 persuade, induce or entice her to engage in sexual

Page 233

1  activity with you?
2  MR. PIKE: Form.
3  THE WITNESS: I'd very much like to answer
4  every one of Jane Doe 7's claims with respect to
5  any sexual nature of any of her claims. However,
6  my attorneys have counseled me that today at least,
7  I may not, and must assert my rights under the
8  Fifth, Fourteenth and Sixth Amendment. And though
9  I'd prefer to answer those questions, they've told
10 me that if I choose to do so, I risk losing those
11 rights and their representation.
12 BY MR. HOROWITZ:
13 Q  During the course of Jane Doe 7's visits to
14 your home, did you succeed in persuading, inducing or
15 enticing her to engage in sexual activity with you?
16 MR. PIKE: Form.
17 THE WITNESS: Mr. Horowitz, I'd like to answer
18 each and every one of your questions posed here
19 today, but like most of the other questions, I am
20 going to have to answer the same way because my
21 attorneys have counseled me that I must assert my
22 Fifth, Sixth and Fourteenth Amendment Rights.
23 Though I prefer to answer those questions, and I'd
24 be -- much prefer the fact to answer it to your
25 partner who filed this claim against me, but he's

Page 234

1  been suspended since filing a claim by the Florida
2  bar.
3      I would also like to speak directly to
4  Mr. Edwards' partner, but he's in jail for
5  falsifying claims of a sexual nature against
6  wealthy people, stealing investors' monies and from
7  people in South Florida, and Mr. Edwards' firm
8  being accused by the U.S. Attorney of being a
9  criminal enterprise, and perpetrating one of the
10 largest frauds in South Florida histories by just
11 these types of cases.
12 BY MR. HOROWITZ:
13   Q  Mr. Epstein, you asked Jane Doe 7 how old she
14 was in 2003; isn't that right?
15      MR. PIKE: Form.
16      THE WITNESS: I would like to answer each and
17 every one of your questions, Mr. Horowitz.
18 However, today, my attorneys have counseled me that
19 I may not answer any questions that may be relevant
20 to any of your lawsuits, so I must assert my Fifth,
21 Sixth and Fourteenth Amendment Rights. And though
22 I would prefer to answer those questions, each
23 question, my attorneys have told me that if I
24 choose to do so, I risk losing their representation
25 and waiving those rights.

Page 235

1  BY MR. HOROWITZ:
2    Q  Mr. Epstein, Jane Doe 7 never told you she was
3  18 years old or older; isn't that true?
4      MR. PIKE: Form.
5      THE WITNESS: It would give me great pleasure
6  to be able to answer every one of Jane Doe 7's
7  claims here today. However, my attorneys have
8  advised me that I must assert my Fourteenth, Sixth
9  and Fifth Amendment Rights, because if I choose to
10 answer those questions, I risk losing their
11 representation and/or waiving those rights.
12 BY MR. HOROWITZ:
13   Q  When Jane Doe 7 came to your home between 2003
14 and May of 2005, she appeared to you -- to you to be
15 younger than 18 years old; isn't that right?
16      MR. PIKE: Form.
17      THE WITNESS: I'd like to answer each and every
18 one of your questions here today, Mr. Horowitz.
19 However, my attorneys have counseled me that I may
20 not; I must assert my Fifth Amendment, Fourteenth
21 Amendment and Sixth Amendment Rights. And though
22 I'd rather -- and I prefer to answer each one of
23 Jane Doe 7's claims, my attorneys told me that if I
24 choose to do so here today, I risk losing their
25 representation and waiving those rights.

Page 236

1  BY MR. HOROWITZ:
2    Q  Jane Doe 7 told you she was in school at Royal
3  Palm Beach High School; isn't that true?
4      MR. PIKE: Form.
5      THE WITNESS: As most of your other questions
6  here today, Mr. Horowitz, I'd like to answer all of
7  those questions, each question, especially with
8  respect to Jane Doe 7. However, my attorneys have
9  counseled me that at least today, I must assert my
10 rights under the Sixth, Fifth and Fourteenth
11 Amendment. Because though I prefer to answer the
12 questions, they have told me that if I choose to do
13 so, I risk losing their representation and/or
14 waiving those rights.
15 BY MR. HOROWITZ:
16   Q  Prior to May of 2005 were you ever nude in
17 front of Jane Doe 7?
18      MR. PIKE: Form.
19      THE WITNESS: I'd like to answer each one of
20 Jane Doe 7's claims, each one specifically.
21 However, today, my attorneys have counseled me that
22 I may not, and that I must assert my Fourteenth --
23 my Fourteenth, Sixth and Fifth Amendment Rights as
24 provided by the Constitution. They've told me that
25 I choose to answer that question, which is my

Page 237

1  preference, I risk losing their representation
2  and/or waiving those rights.
3  BY MR. HOROWITZ:
4    Q  Prior to May of 2005 did you instruct Jane Doe
5  7 to remove her clothing during your massage?
6      MR. PIKE: Form.
7      THE WITNESS: It would give me great pleasure
8  to answer every one of Jane Doe 7's claims, each
9  one, with specificity. However, today, my
10 attorneys have counseled me that I may not, and
11 they've instructed me that I must assert my Fifth
12 Amendment, Fourteenth Amendment and Sixth Amendment
13 Rights under the U.S. Constitution. Though I'd
14 like to answer the question, they told me that if I
15 do so, I risk losing their representation and
16 waiving those rights.
17 BY MR. HOROWITZ:
18   Q  Prior to May of 2005 did you instruct Jane Doe
19 7 to pinch your nipples and rub your chest?
20      MR. PIKE: Form.
21      THE WITNESS: I'd like to answer each one of
22 Jane Doe 7's claims with specificity. However,
23 today my attorneys have counseled me that I may
24 not, and that I must assert my rights under the
25 Fourteenth, Sixth and Fifth Amendment. Though I'd

Page 278

1  THE WITNESS: I'd like answer that question.
2  I'd like to answer all the questions with respect
3  to your Jane Doe 8 claims. However, my counsel has
4  advised me today that I must, at least today,
5  assert my rights under the Fifth, Sixth and
6  Fourteenth Amendment. So though I'd like to answer
7  those questions, I'm told that if I do so, I risk
8  losing his representation and/or waiving those
9  rights.
10 BY MR. HOROWITZ:
11  Q  Did you --
12  THE VIDEOGRAPHER: Three minutes --
13  MR. HOROWITZ: I'm sorry?
14  THE VIDEOGRAPHER: I'm sorry, three minutes of
15  tape remaining.
16  MR. HOROWITZ: Okay.
17 BY MR. HOROWITZ:
18  Q  Did you ask Jane Doe 8 for permission to touch
19  her in a sexual manner when she was still a child?
20  MR. PIKE: Form.
21  THE WITNESS: I'd like to answer every one of
22  your questions, but unfortunately I am going to
23  have to answer the same way I've answered most of
24  those here today, which is my counsel has advised
25  me that I must assert my rights under the

Page 279

1  Fourteenth Amendment, the Sixth Amendment and Fifth
2  Amendment. However, I'd like to answer those
3  questions, but he's told me that if I do so, I risk
4  losing his representation.
5  I'd like answering those questions to your
6  partner, Jeffrey Herman, but he's not here because
7  he's been suspended for improper behavior after he
8  filed these cases, after he had a press conference
9  in Palm Beach, in the streets of Palm Beach, called
10  the media.
11  I'd like to express the same answer to
12  Mr. Edwards' partner, but he's in jail for the rest
13  of his life for creating fictitious cases. So,
14  Mr. Horowitz, though I'd like to answer the
15  question today, I must deny -- I must refrain from
16  doing so at the advice of counsel.
17  MR. HOROWITZ: Let's change tapes.
18  THE VIDEOGRAPHER: Time off the record 5:01.
19  (Thereupon, a short break was taken.)
20  THE VIDEOGRAPHER: Time on the record 5:09.
21  This is Tape 6.
22 BY MR. HOROWITZ:
23  Q  Mr. Epstein, in 2001 and 2002, Jane Doe 8
24  indicated to you that she did not want you to touch her
25  body; isn't that right?

Page 280

1  MR. PIKE: Form.
2  THE WITNESS: In 2001, 2002 -- I'd like to
3  answer every one of your questions regarding your
4  Jane Doe 8 claims. However, my attorneys have
5  counseled me today that I must assert my Sixth
6  Amendment, Fifth Amendment and Fourteenth Amendment
7  Right. Though I'd prefer to answer every one of
8  your questions regarding Jane Doe 8, today I'm
9  going to have to refuse to do so.
10 BY MR. HOROWITZ:
11  Q  You touched Jane Doe 8's breasts, you touched
12  her genitals, and you did that after she indicated to
13  you that she did not want to be touched by you; isn't
14  that right?
15  MR. PIKE: Form.
16  THE WITNESS: I'd prefer -- excuse me -- if I
17  -- if I understood, in fact, when your partner,
18  Jeffrey Herman, filed most of his cases against me,
19  because I know he was disbarred or suspended after
20  he filed these cases of a sexual nature. I'm not
21  sure of the time frame, or when Mr. Edwards'
22  partner got involved who's now in jail for filing
23  -- for fabricating -- sorry -- for fabricating
24  malicious cases of a sexual nature against many
25  people in South Florida, called by the U.S.

Page 281

1  Attorney -- his firm called by the U.S. Attorney, a
2  criminal enterprise. His partner is in jail for
3  the rest of his life. Many of his partners are on
4  the way to jail for the rest of their lives
5  potentially. So though I'd like to answer every
6  question with respect to your Jane Doe 8 sexual
7  claim -- your Jane Doe 8 claims of a sexual nature,
8  I've been advised by my counsel at least today that
9  I may not do so. And if I choose to do so, which
10  is my preference, I risk losing their
11  representation or waiving those rights.
12 BY MR. HOROWITZ:
13  Q  Mr. Epstein, is it your testimony that Jane Doe
14  8 has in any way fabricated or embellished her
15  allegations that you sexually abused her during her
16  childhood?
17  MR. PIKE: Form.
18  THE WITNESS: I believe the jury will make that
19  decision, Mr. Horowitz. I believe that they will
20  understand that many of these claims put together
21  by your partner who was suspended for improper
22  practice in the State of Florida, who could no
23  longer practice law at least temporarily -- I
24  understand that Mr. Edwards' partner who's in jail
25  for potentially the rest of his life for

23 (Pages 278 to 281)

### Page 113

1. money from Florida investors, from Florida people,
2. I'd like to answer each and every one of your
3. questions, Mr. Horowitz, but today, on advice of
4. counsel, I cannot.
5. BY MR. HOROWITZ:
6. Q   Sir, you touched Jane Doe 3's breasts, buttocks
7. and genitals while she was still a minor after she told
8. you she did not want you to touch her; isn't that right?
9. MR. PIKE: Form, asked and answered.
10. THE WITNESS: I'd like to answer each and every
11. one of your questions today, Mr. Horowitz,
12. however, upon advice of my counsel I cannot.
13. They've asked me -- they've required me to assert
14. my Sixth Amendment, Fourteenth Amendment and Fifth
15. Amendment Rights as provided by the U.S.
16. Constitution to any questions that may be relevant,
17. or may become relevant to this lawsuit. So, though
18. your partner was disbarred after you filed this
19. claim, or your firm filed this claim, Mr. Edwards
20. who sits next to you, his partner sits in jail, so
21. I'd like to answer each one of these questions.
22. However, today, on the advice of counsel, I cannot.
23. BY MR. HOROWITZ:
24. Q   Did you try to persuade Jane Doe 3 that it was
25. okay for you to touch her breasts and genitals?

### Page 114

1. MR. PIKE: Form.
2. THE WITNESS: I would like to answer each and
3. every one of your questions here today,
4. Mr. Horowitz, however, upon advice of counsel, I'm
5. -- they've required me to assert my Fourteenth
6. Amendment, Sixth Amendment and Fifth Amendment
7. Rights as provided by the U.S. Constitution. So,
8. although I would like to answer that question, and
9. respond to questions posed by you, for, I guess,
10. your partner, Mr. Herman, who has been disbarred by
11. the Florida Bar Association after filing these
12. cases, disbarred, or Mr. Edwards' partner who sits
13. next to you, has filed other cases where his
14. partner sits in jail for fabricating cases, trying
15. to get money from Florida investors, I'd like to
16. answer each one of your questions here today Mr.
17. Horowitz, but upon advice of counsel, they've
18. advised me that if I do so, I risk losing their
19. representation, so I must accept their advice.
20. BY MR. HOROWITZ:
21. Q   Mr. Epstein, you don't deny that you sexually
22. abused Jane Doe 3 when she was a child, do you?
23. MR. PIKE: Form.
24. THE WITNESS: I would like to answer every one
25. of your questions here today, Mr. Horowitz, but

### Page 115

1. like in response to most of your other questions
2. here today, I cannot. On the advice of counsel,
3. they've told me I must accept their advice or risk
4. losing their representation. They've advised me
5. that I must assert my Sixth Amendment, Fourteenth
6. Amendment and Fifth Amendment rights. So, though
7. your partner, Jeffrey Herman, was disbarred after
8. filing these cases, disbarred, no longer an
9. attorney, Mr. Edwards' partner who sits to your
10. right, his partner sits in, I believe, Saint Lucie
11. Jail according to today -- today's newspaper,
12. accused of perpetrating the largest fraud in South
13. Florida history against people like me, crafting,
14. fabricating, malicious sexually charged -- cases of
15. a sexually charged nature in order to fleece
16. investors, I would like to answer that question.
17. However today, I must accept my client's --
18. attorney's advice.
19. BY MR. HOROWITZ:
20. Q   Mr. Epstein, did you instruct S.K. to take Jane
21. Doe 3's name and telephone number for the purpose of
22. calling her home -- strike that.
23. Did you instruct S.K. to take Jane Doe 3's name
24. and telephone number for the purpose of calling Jane Doe
25. 3 to come to your home for sexual activity?

### Page 116

1. MR. PIKE: Form, asked and answered.
2. THE WITNESS: I would like to answer every one
3. of your questions, Mr. Horowitz, posed here today.
4. Unfortunately, I guess, your -- your other partner
5. who filed these lawsuits has been disbarred in the
6. interim by the Florida Bar Association, so he's not
7. here today. However, I'd like to answer those
8. questions, but my counsel has told me that I have
9. to assert my Sixth Amendment, Fifth Amendment and
10. Fourteenth Amendment Rights as provided by the U.S.
11. constitution. So, though I would like to answer
12. your questions, Mr. Edwards' questions whose
13. partner sits in jail for perpetrating one of the
14. largest frauds in South Florida's history, accused
15. by the U.S. Attorney -- his firm accused by the
16. U.S. Attorney is now -- the firm is bankrupt by
17. perpetrating the -- one of the largest frauds in
18. South Florida's history and being called a criminal
19. enterprise by the current South Florida's U.S.
20. Attorney, I would like to answer every one of your
21. question, very much so, however, my -- on advice of
22. counsel, I cannot do so here today.
23. BY MR. HOROWITZ:
24. Q   Sir, is there any reason in your mind that a
25. jury should not infer from your assertion of the Fifth

Page 117

1  Amendment privilege, that you sexually abused Jane Doe 3
2  when she was a child?
3       MR. PIKE: Form, speculation, calls for a legal
4  conclusion.
5       THE WITNESS: The Supreme Court has said that
6  the Fifth Amendment should be used by people who
7  are innocent, Mr. Horowitz. That's one of the
8  benefits of the Fifth Amendment. My counsel has
9  advised me I cannot answer your questions here
10  today, though I'd like to. I'm sure this -- these
11  sort of embarrassing questions posed for the jury
12  where your partner has been disbarred since filing
13  this claim, or Mr. Edwards' partner who sits in
14  jail probably for the rest of his life for crafting
15  cases of a sexual nature to fleece people for -- of
16  money, just money, money, money. His firm is
17  bankrupt. So, yes, I'd like to answer these
18  questions, and all your questions here today, but
19  unfortunately, on advice of counsel, I cannot.
20  BY MR. HOROWITZ:
21    Q  Sir, are you asserting your Fifth, Sixth and
22  Fourteenth Amendment privileges because you're
23  innocent? Is that what you're telling us?
24       MR. PIKE: Form.
25       THE WITNESS: I would like to answer every one

Page 118

1  of your questions posed by you, your partner, Mr.
2  Herman, who's been disbarred by the Florida Bar
3  after filing this claim, Mr. Edwards' partner who
4  sits in jail, his firm accused by the U.S. Attorney
5  -- accused by the U.S. Attorney of being a criminal
6  enterprise, for fleecing South Florida investors
7  out of millions of dollars by crafting, malicious,
8  fabricated cases of a sexual nature against people
9  -- other people -- me and others, I would like to
10  answer each and every one of your questions.
11  However today, on advice of counsel, I cannot
12  answer any of your questions that may be relevant
13  to this lawsuit.
14  BY MR. HOROWITZ:
15    Q  Sir, you know I also represent Jane Doe Number
16  4, do you understand that?
17       MR. PIKE: Form.
18       THE WITNESS: Yes.
19  BY MR. HOROWITZ:
20    Q  Okay. Isn't it true, sir, that a girl named
21  Jane Doe 4 came to your Palm Beach home on multiple
22  occasions between 2003 and 2005?
23    A  Could we take a break? Is that it?
24    Q  I would like you to answer that question.
25    A  Sorry. I'd like to answer that question. I'd

Page 119

1  like to answer every question you've posed here today
2  about you -- about these girls you say came to my
3  house. However, on advice of counsel, I cannot answer
4  that question today. I have to assert, on the advice --
5  my Sixth Amendment, Fifth Amendment and Fourteenth
6  Amendment Rights.
7       I'd like to answer that question about Jane Doe
8  4, and I believe she was represented by your partner,
9  Jeffrey Herman, who after representing her was disbarred
10  by the Florida Bar Association.
11       Mr. Rothstein -- or Mr. Edwards' partner,
12  Mr. Rothstein, who sits in jail accused by the Florida
13  U.S. Attorney of running a criminal enterprise in
14  Mr. Edwards' firm, fabricating malicious cases to fleece
15  investors out of millions of dollars, fabricating cases
16  of a sexual nature, I would like to answer every one of
17  your questions here today. However, on advice of
18  counsel, I cannot do so.
19       MR. HOROWITZ: Did you want that break now?
20       THE WITNESS: Yes, please.
21       MR. PIKE: No, actually before we take a
22  break --
23       MR. HOROWITZ: Okay.
24       MR. PIKE: -- my understanding was, is that you
25  wanted to take a break around 12:30 or 12:45 for

Page 120

1  lunch. It is 12:35 right now. If you want to keep
2  going for another 10 minutes, we'll go for another
3  10 minutes, or if you want to just break now for 30
4  minutes, go grab something to eat, and then come
5  back.
6       MR. HOROWITZ: Yeah. I mean, this line of
7  questioning is going to be more than 10 minutes, so
8  I would suggest we take our break now.
9       MR. PIKE: You want to take lunch right now?
10       MR. HOROWITZ: Yeah.
11       MR. PIKE: Okay.
12       THE WITNESS: All right. Thank you.
13       THE VIDEOGRAPHER: Time off the record 12:30.
14       (Thereupon, a lunch break was taken.)
15       THE VIDEOGRAPHER: Time on the record 1:11.
16  This is Tape 3.
17  BY MR. HOROWITZ:
18    Q  Mr. Epstein, did you pay H.R. $200 to bring a
19  girl named Jane Doe 4 to your home so that you could
20  engage Jane Doe 4 in sexual activity?
21       MR. PIKE: Form.
22       THE WITNESS: Mr. Horowitz, I'd like to answer
23  that. I am going to have to answer that question,
24  as I've answered most of your questions here today,
25  which is upon advice of counsel, I am going to have