UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-80893-CIV-MARRA/JOHNSON

JANE DOE,

        Plaintiff,

v.

JEFFREY EPSTEIN,

        Defendant.
_____/

## ORDER ON PLAINTIFF'S MOTION FOR MODIFICATION OF MAGISTRATE JUDGE PALERMO'S ORDER SCHEDULING SETTLEMENT CONFERENCE

**THIS MATTER** is before the Court upon Plaintiff Jane Doe's Motion For Modification of Magistrate Judge Palermo's Order Scheduling Settlement Conference to Ensure That Jane Doe is Not Forced to Come Into Contact With Convicted Sex Offender Epstein in Violation of No Contact Orders **[DE # 187]** (the "Motion"). Defendants filed a Response **[DE # 191]** to the Motion on July 1, 2010.

A settlement conference in this matter has been scheduled for July 6, 2010. In the Motion, Plaintiff asks the Court to instruct Defendant to arrive one (1) hour prior to the start of the conference and to depart thirty (30) minutes after the conference so as to minimize the possibility of contact between the parties. The Court, having reviewed the Motion, the Response and being otherwise advised in the premises, hereby **ORDERS and ADJUDGES** that:

1. The undersigned is aware of the no contact orders between the parties **[See DE # 238, Case Number 08-80119-CIV-MARRA]**. That order is in full effect and it shall apply to the July 6, 2010 settlement conference.

2. Defendant Jeffrey Epstein is instructed to arrive for the July 6, 2010 conference at 8:30 A.M.

3. Plaintiff's counsel shall call Chambers at (305) 523-5760 immediately upon arrival at the courthouse complex.

4. Following the conclusion of the settlement conference, the Court will dismiss the parties separately at different times.

5. The parties are instructed not to communicate, speak or harass one another in any way. Any violation of this Order will not be tolerated. The parties are instructed to GOVERN THEMSELVES ACCORDINGLY.

**DONE and ORDERED** in chambers at Miami, Florida this <u>1st</u> day of July, 2010.

**PETER R. PALERMO**
**SR. UNITED STATES MAGISTRATE JUDGE**

Copies furnished to:

United States District Judge Kenneth A. Marra
United States Magistrate Judge Linnea Johnson
Counsel of record