CASE NO:  08-CV-80893-MARRA/JOHNSON

**Plaintiff Jane Doe's Notice Regarding Similar Acts of Sexual Assault**

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 08-CV-80893-MARRA/JOHNSON

JANE DOE,

    Plaintiff

vs.

JEFFREY EPSTEIN,

    Defendant

_____

**PLAINTIFF, JANE DOE'S DISCLOSURE
PURSUANT TO FED.R.CIV.P. 26(a)(1)(A-D)**

COMES NOW the Plaintiff, Jane Doe, by and through her undersigned counsel, and files this disclosure pursuant to Fed.R.Civ.P. 26(a)(1)(A-D) and states as follows:

**A.  Witnesses:**

1. Jane Doe
   c/o Brad Edwards & Associates
   2028 Harrison Street
   Suite 202
   Hollywood, Florida  33020
   954-414-8033
       Plaintiff - information regarding Defendant, Jeffrey Epstein's conduct that is the subject of this action

2. Juan Alessi
   Address unknown at this time
   Telephone number unknown at this time
       Knowledge of Defendant's conduct that is the subject of this action

3. Maria Alessi
   Address unknown at this time
   Telephone number unknown at this time
       Knowledge of Defendant's conduct that is the subject of this action

4.    Jim Baca
Address unknown at this time
Telephone number unknown at this time
       Knowledge concerning Defendant, Jeffrey Epstein's conduct and finances

5.    Janusz Banasiak
Address unknown at this time
Telephone number unknown at this time
       Knowledge of Defendant's conduct that is the subject of this action

6.    Leon Black
Address unknown at this time
Telephone number unknown at this time
       Knowledge concerning Defendant, Jeffrey Epstein's conduct and finances

7.    Keith Blumberg
Address unknown at this time
Telephone number unknown at this time
       Knowledge of Defendant's conduct that is the subject of this action

8.    Brice (last name unknown at this time)
Address unknown at this time
Telephone number unknown at this time
       Knowledge of Defendant's conduct that is the subject of this action

9.    Michelle Campos
Address unknown at this time
Telephone number unknown at this time
       Knowledge of Defendant's conduct that is the subject of this action

10.    Jimmy Cayne
Address unknown at this time
Telephone number unknown at this time
       Knowledge concerning Defendant, Jeffrey Epstein's conduct and finances

11.    Cecelia (last name unknown at this time)
Address unknown at this time
Telephone number unknown at this time
       Knowledge of Defendant's conduct that is the subject of this action

12.    Maximilia Cordero
Address unknown at this time
Telephone number unknown at this time
       Knowledge of Defendant's conduct that is the subject of this action

13. Valdson Cotrim
    Address unknown at this time
    Telephone number unknown at this time
       Knowledge of Defendant's conduct that is the subject of this action

14. John Cunningham
    353 El Brillo Way
    West Palm Beach, Florida
       Knowledge of Defendant's conduct that is the subject of this action

15. Ellen Cunningham
    353 El Brillo Way
    West Palm Beach, Florida
       Knowledge of Defendant's conduct that is the subject of this action

16. Dave (last name unknown at this time)
    Address unknown at this time
    Telephone number unknown at this time
       Knowledge of Defendant's conduct that is the subject of this action (pilot for Defendant)

17. Ryan Dionne
    Address unknown at this time
    Telephone number unknown at this time
       Knowledge of Defendant's conduct that is the subject of this action

18. Jenn Doyle
    Address unknown at this time
    Telephone number unknown at this time
       Knowledge of Defendant's conduct that is the subject of this action

19. Michael Friedman
    Address unknown at this time
    Telephone number unknown at this time
       Knowledge of Defendant's conduct that is the subject of this action

20. Rosalie Friedman
    Address unknown at this time
    Telephone number unknown at this time
       Knowledge of Defendant's conduct that is the subject of this action

21. Eric Gany
    Address unknown at this time
    Telephone number unknown at this time
       Knowledge of Defendant's finances that is the subject of this action

22. Leslie Groff
    Address unknown at this time
    Telephone number unknown at this time
        Knowledge of Defendant's conduct that is the subject of this action

23. Nicole Hessey
    Address unknown at this time
    Telephone number unknown at this time
        Knowledge of Defendant's conduct that is the subject of this action

24. Jennifer (last name unknown at this time)
    Address unknown at this time
    Telephone number unknown at this time
        Knowledge of Defendant's conduct that is the subject of this action

25. Jojo (last name unknown at this time)
    Address unknown at this time
    917-975-4500
        Defendant's staff member in New York with knowledge of Defendant's inappropriate conduct with underage girls

26. Karen (last name unknown at this time)
    Address unknown at this time
    Telephone number unknown at this time
        Knowledge of Defendant's conduct that is the subject of this action

27. Sarah Kellen
    Address unknown at this time
    Telephone number unknown at this time
        Knowledge of Defendant's conduct that is the subject of this action

28. Helan Kim
    Address unknown at this time
    Telephone number unknown at this time
        Knowledge of Defendant's conduct that is the subject of this action

29. Gary King
    Address unknown at this time
    Telephone number unknown at this time
        Knowledge concerning Defendant, Jeffrey Epstein's conduct and finances

30. Bella Klein
    Address unknown at this time
    Telephone number unknown at this time
        Knowledge of Defendant's finances that is the subject of this action

31. L.M.
    c/o Brad Edwards & Associates
    2028 Harrison Street
    Suite 202
    Hollywood, Florida  33020
    954-414-8033
       Information regarding Defendant, Jeffrey Epstein's conduct that is the subject of this action

32. Adam Perry Lang
    Address unknown at this time
    Telephone number unknown at this time
       Knowledge of Defendant's conduct that is the subject of this action

33. Michael Liffman
    Address unknown at this time
    Telephone number unknown at this time
       Knowledge of Defendant's conduct that is the subject of this action

34. Mark Lumberg
    Address unknown at this time
    614-939-6005
       Knowledge of Defendant's conduct that is the subject of this action

35. Cherie Lynch
    Address unknown at this time
    Telephone number unknown at this time
       Knowledge of Defendant's conduct that is the subject of this action

36. Lynn (last name unknown at this time)
    Address unknown at this time
    917-856-1285
       Knowledge of Defendant's conduct that is the subject of this action

37. Nadia Marcinkova
    Address unknown at this time
    Telephone number unknown at this time
       Knowledge of Defendant's conduct that is the subject of this action

38. Ghislaine Maxwell
    Address unknown at this time
    Telephone number unknown at this time
       Knowledge of Defendant's conduct that is the subject of this action

39. Brahakmana Mellawa
    Address unknown at this time
    Telephone number unknown at this time
        Knowledge of Defendant's conduct that is the subject of this action

40. Jayarukshi Mellawa
    Address unknown at this time
    Telephone number unknown at this time
        Knowledge of Defendant's conduct that is the subject of this action

41. David Mullen
    Address unknown at this time
    Telephone number unknown at this time
        Knowledge of Defendant's conduct that is the subject of this action

42. Gary Nikolitis
    Address unknown at this time
    Telephone number unknown at this time
        Knowledge concerning Defendant, Jeffrey Epstein's conduct and finances

43. David Norr
    Address unknown at this time
    Telephone number unknown at this time
        Knowledge of Defendant's conduct that is the subject of this action

44. Bill Peadon
    Address unknown at this time
    Telephone number unknown at this time
        Knowledge of Defendant's conduct that is the subject of this action

45. Francis Peadon
    Address unknown at this time
    Telephone number unknown at this time
        Knowledge of Defendant's conduct that is the subject of this action

46. Jerome Pierre
    Address unknown at this time
    561-704-2747
        Knowledge of Defendant's conduct that is the subject of this action

47. Louella Rabuyo
    Address unknown at this time
    Telephone number unknown at this time
        Knowledge of Defendant's conduct that is the subject of this action

48. Governor Bill Richardson
    Address unknown at this time
    Telephone number unknown at this time
        Knowledge concerning Defendant, Jeffrey Epstein's conduct and finances

49. Haley Robson
    Address unknown at this time
    Telephone number unknown at this time
        Knowledge of Defendant's conduct that is the subject of this action

50. Alfredo Rodriguez
    Address unknown at this time
    Telephone number unknown at this time
        Knowledge of Defendant's conduct that is the subject of this action

51. David Rogers
    Address unknown at this time
    Telephone number unknown at this time
        Knowledge of Defendant's conduct that is the subject of this action

52. Adriana Ross
    Address unknown at this time
    Telephone number unknown at this time
        Knowledge of Defendant's conduct that is the subject of this action

53. Howard Rubenstein
    Address unknown at this time
    Telephone number unknown at this time
        Knowledge of Defendant's conduct that is the subject of this action

54. Florena Rueda
    Address unknown at this time
    Telephone number unknown at this time
        Knowledge of Defendant's conduct that is the subject of this action

55. Joseph Rueda
    Address unknown at this time
    Telephone number unknown at this time
        Knowledge of Defendant's conduct that is the subject of this action

56. Joanna Sjoberg
    Address unknown at this time
    Telephone number unknown at this time
        Knowledge of Defendant's conduct that is the subject of this action

57. Santa Fe County Sheriff Solano
Address unknown at this time
Telephone number unknown at this time
Knowledge concerning Defendant, Jeffrey Epstein's conduct and finances

58. Alan Stopeck
Address unknown at this time
Telephone number unknown at this time
Knowledge of Defendant's conduct that is the subject of this action

59. Mark Tafoya
Address unknown at this time
Telephone number unknown at this time
Knowledge of Defendant's conduct that is the subject of this action

60. Brent Tindall
Address unknown at this time
917-601-4143
Knowledge of Defendant's conduct that is the subject of this action

61. Larry Visosky
Address unknown at this time
Telephone number unknown at this time
Knowledge of Defendant's conduct that is the subject of this action

62. Lelie Wexner
Address unknown at this time
Telephone number unknown at this time
Knowledge concerning Defendant, Jeffrey Epstein's conduct and finances

63. All girls identified in the attachment to the non-prosecution agreement that Defendant, Jeffrey Epstein, has entered with the United States and all other similarly-situated girls, whose identities Plaintiff will attempt to determine (and with regard to whom Defendant, Jeffrey Epstein, has invoked the Fifth Amendment rather than disclose their identities).

64. All other then-minor girls (those not listed in the attachment to the non-prosecution agreement), whose identities Plaintiff will attempt to determine, with whom Defendant, Jeffrey Epstein, has engaged in sexual activity.

65. FBI agents, whose names, addresses and telephone numbers are unknown at this time, that investigated the criminal case(s) and the allegations made against Defendant, Jeffrey Epstein.

66. Palm Beach Police officers, whose names, addresses and telephone numbers are unknown at this time that investigated Defendant, Jeffrey Epstein, for criminal conduct.

67. State Prosecutors, whose names, addresses and telephone numbers are unknown at this time, including but not limited to:

   (a) ASA Lanna Leigh Belohlavek
   State Attorney's Office
   15th Judicial Circuit

   (b) ASA Weiss
   State Attorney's Office
   15th Judicial Circuit

68. United States' Prosecutors, whose names, addresses and telephone numbers are unknown at this time, including but not limited to:

   (a) AUSA Ann Marie C. Villafaña.
   United States Attorney's Office
   500 South Australian Avenue
   West Palm Beach, Florida 33401
   561-820-8711

69. All accountants, bookkeepers, bankers, financial institutions, representatives, real estate advisors, financial planners, employees, governmental persons or entities, and unknown others that may have discoverable information related to Defendant, Jeffrey Epstein's net worth and finances.

70. Any and all persons and/or entities identified through discovery having any knowledge of Defendant, Jeffrey Epstein's charitable, political or other donations made in the past.

71. Any and all persons and/or entities identified through discovery that were sued in the past by the Defendant, Jeffrey Epstein, and/or by any company or entity that the Defendant, Jeffrey Epstein, owned and/or managed

72. Reporters and other media persons, whose names, addresses and telephone numbers are unknown at this time.

73 All other witnesses learned through discovery process.

B. **Exhibits:**

1. Palm Beach Police Department report and documents contained within Defendant, Jeffrey Epstein's, criminal files

    2.    All documents and pleadings from all criminal and civil cases filed on behalf of Jeffrey Epstein or his corporations and against Jeffery Epstein or his corporations

C. **<u>Computation of damages:</u>**

    1.    Physical, psychological and psychiatric injuries and resulting medical expenses – precise amount yet to be computed, but not less than $15,000.00.

    2.    Past, present and future pain and suffering, mental anguish, humiliation, embarrassment, loss of self-esteem, loss of dignity and invasion of privacy – precise amount yet to be computed, but not less than $10,000,000.00.

    3.    Past and future lost wages and past and future loss of earning capacity and actual earnings – precise amounts yet to be computed, but not less than $1,000,000.00.

    4.    Punitive Damages - to be based upon all relevant factors, including the egregious and criminal nature of Defendant, Jeffrey Epstein's conduct and the need for a large award to punish and deter conduct in view of the vast wealth of Defendant, Jeffrey Epstein, in an amount not less than $20,000,000.00

WE HEREBY CERTIFY that a true and correct copy of the above and foregoing Disclosure Pursuant to Fed.R.Civ.P. 26(a)(1)(A-D) has been provided by United States mail and facsimile transmission to all counsel of record identified below this <u>19th</u> day of <u>November</u>, 2008, and that no copy has been filed with the Court.

    Robert D. Critton, Jr., Esquire
    Michael J. Pike, Esquire
    Burman, Critton, Luttier & Coleman, LLP
    515 North Flagler Drive
    Suite 400
    West Palm Beach, Florida  33401
    <u>rcrit@bclclaw.com</u>
    <u>mpike@bclclaw.com</u>

    Jack Alan Goldberger, Esquire
    Atterburty, Goldberger & Weiss, P.A.
    250 Australian Avenue South
    Suite 1400
    West Palm Beach, Florida  33401
    <u>jagesq@bellsouth.net</u>

Michael R. Tein, Esquire
Lewis Tein, P.L.
3059 Grand Avenue
Suite 340
Coconut Grove, Florida 33133
tein@lewistein.com

        Respectfully Submitted,

        THE LAW OFFICE OF BRAD EDWARDS &
        ASSOCIATES, LLC

By: _____
Brad Edwards, Esquire
Attorney for Plaintiff
Florida Bar No. 542075
2028 Harrison Street
Suite 202
Hollywood, Florida 33020
Telephone:   954-414-8033
Facsimile:   954-924-1530
E-Mail:   be@bradedwardslaw.com

Paul G. Cassell
Attorney for Plaintiff
Pro Hac Vice
332 S. 1400 E.
Salt Lake City, UT 84112
Telephone:   801-585-5202
Facsimile:   801-585-6833
E-Mail:   cassellp@law.utah.edu