**CASE NO:  08-CV-80893-MARRA/JOHNSON**

**Plaintiff Jane Doe's Notice Regarding Similar Acts of Sexual Assault**

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 08-CV-80893-MARRA/JOHNSON

JANE DOE,

      Plaintiff

vs.

JEFFREY EPSTEIN,

      Defendant

_____

**PLAINTIFF, JANE DOE'S DISCLOSURE
PURSUANT TO FED.R.CIV.P. 26(a)(1)(A-D)**

COMES NOW the Plaintiff, Jane Doe, by and through her undersigned counsel, and files

this disclosure pursuant to Fed.R.Civ.P. 26(a)(1)(A-D) and states as follows:

**A.**    **Witnesses:**

    1.    Jane Doe
           c/o Brad Edwards & Associates
           2028 Harrison Street
           Suite 202
           Hollywood, Florida 33020
           954-414-8033
                Plaintiff - information regarding Defendant, Jeffrey Epstein's conduct that
                is the subject of this action

    2.    Juan Alessi
           Address unknown at this time
           Telephone number unknown at this time
                Knowledge of Defendant's conduct that is the subject of this action

    3.    Maria Alessi
           Address unknown at this time
           Telephone number unknown at this time
                Knowledge of Defendant's conduct that is the subject of this action

4.  Jim Baca
    Address unknown at this time
    Telephone number unknown at this time
        Knowledge concerning Defendant, Jeffrey Epstein's conduct and finances

5.  Janusz Banasiak
    Address unknown at this time
    Telephone number unknown at this time
        Knowledge of Defendant's conduct that is the subject of this action

6.  Leon Black
    Address unknown at this time
    Telephone number unknown at this time
        Knowledge concerning Defendant, Jeffrey Epstein's conduct and finances

7.  Keith Blumberg
    Address unknown at this time
    Telephone number unknown at this time
        Knowledge of Defendant's conduct that is the subject of this action

8.  Brice (last name unknown at this time)
    Address unknown at this time
    Telephone number unknown at this time
        Knowledge of Defendant's conduct that is the subject of this action

9.  Michelle Campos
    Address unknown at this time
    Telephone number unknown at this time
        Knowledge of Defendant's conduct that is the subject of this action

10. Jimmy Cayne
    Address unknown at this time
    Telephone number unknown at this time
        Knowledge concerning Defendant, Jeffrey Epstein's conduct and finances

11. Cecelia (last name unknown at this time)
    Address unknown at this time
    Telephone number unknown at this time
        Knowledge of Defendant's conduct that is the subject of this action

12. Maximilia Cordero
    Address unknown at this time
    Telephone number unknown at this time
        Knowledge of Defendant's conduct that is the subject of this action

13.    Valdson Cotrim
Address unknown at this time
Telephone number unknown at this time
    Knowledge of Defendant's conduct that is the subject of this action

14.    John Cunningham
353 El Brillo Way
West Palm Beach, Florida
    Knowledge of Defendant's conduct that is the subject of this action

15.    Ellen Cunningham
353 El Brillo Way
West Palm Beach, Florida
    Knowledge of Defendant's conduct that is the subject of this action

16.    Dave (last name unknown at this time)
Address unknown at this time
Telephone number unknown at this time
    Knowledge of Defendant's conduct that is the subject of this action (pilot for Defendant)

17.    Ryan Dionne
Address unknown at this time
Telephone number unknown at this time
    Knowledge of Defendant's conduct that is the subject of this action

18.    Jenn Doyle
Address unknown at this time
Telephone number unknown at this time
    Knowledge of Defendant's conduct that is the subject of this action

19.    Michael Friedman
Address unknown at this time
Telephone number unknown at this time
    Knowledge of Defendant's conduct that is the subject of this action

20.    Rosalie Friedman
Address unknown at this time
Telephone number unknown at this time
    Knowledge of Defendant's conduct that is the subject of this action

21.    Eric Gany
Address unknown at this time
Telephone number unknown at this time
    Knowledge of Defendant's finances that is the subject of this action

22.  Leslie Groff
     Address unknown at this time
     Telephone number unknown at this time
         Knowledge of Defendant's conduct that is the subject of this action

23.  Nicole Hessey
     Address unknown at this time
     Telephone number unknown at this time
         Knowledge of Defendant's conduct that is the subject of this action

24.  Jennifer (last name unknown at this time)
     Address unknown at this time
     Telephone number unknown at this time
         Knowledge of Defendant's conduct that is the subject of this action

25.  Jojo (last name unknown at this time)
     Address unknown at this time
     917-975-4500
         Defendant's staff member in New York with knowledge of Defendant's
         inappropriate conduct with underage girls

26.  Karen (last name unknown at this time)
     Address unknown at this time
     Telephone number unknown at this time
         Knowledge of Defendant's conduct that is the subject of this action

27.  Sarah Kellen
     Address unknown at this time
     Telephone number unknown at this time
         Knowledge of Defendant's conduct that is the subject of this action

28.  Helan Kim
     Address unknown at this time
     Telephone number unknown at this time
         Knowledge of Defendant's conduct that is the subject of this action

29.  Gary King
     Address unknown at this time
     Telephone number unknown at this time
         Knowledge concerning Defendant, Jeffrey Epstein's conduct and finances

30.  Bella Klein
     Address unknown at this time
     Telephone number unknown at this time
         Knowledge of Defendant's finances that is the subject of this action

31.  L.M.
     c/o Brad Edwards & Associates
     2028 Harrison Street
     Suite 202
     Hollywood, Florida 33020
     954-414-8033
          Information regarding Defendant, Jeffrey Epstein's conduct that is the
          subject of this action

32.  Adam Perry Lang
     Address unknown at this time
     Telephone number unknown at this time
          Knowledge of Defendant's conduct that is the subject of this action

33.  Michael Liffman
     Address unknown at this time
     Telephone number unknown at this time
          Knowledge of Defendant's conduct that is the subject of this action

34.  Mark Lumberg
     Address unknown at this time
     614-939-6005
          Knowledge of Defendant's conduct that is the subject of this action

35.  Cherie Lynch
     Address unknown at this time
     Telephone number unknown at this time
          Knowledge of Defendant's conduct that is the subject of this action

36.  Lynn (last name unknown at this time)
     Address unknown at this time
     917-856-1285
          Knowledge of Defendant's conduct that is the subject of this action

37.  Nadia Marcinkova
     Address unknown at this time
     Telephone number unknown at this time
          Knowledge of Defendant's conduct that is the subject of this action

38.  Ghislaine Maxwell
     Address unknown at this time
     Telephone number unknown at this time
          Knowledge of Defendant's conduct that is the subject of this action

39.   Brahakmana Mellawa
      Address unknown at this time
      Telephone number unknown at this time
            Knowledge of Defendant's conduct that is the subject of this action

40.   Jayarukshi Mellawa
      Address unknown at this time
      Telephone number unknown at this time
            Knowledge of Defendant's conduct that is the subject of this action

41.   David Mullen
      Address unknown at this time
      Telephone number unknown at this time
            Knowledge of Defendant's conduct that is the subject of this action

42.   Gary Nikolitis
      Address unknown at this time
      Telephone number unknown at this time
            Knowledge concerning Defendant, Jeffrey Epstein's conduct and finances

43.   David Norr
      Address unknown at this time
      Telephone number unknown at this time
            Knowledge of Defendant's conduct that is the subject of this action

44.   Bill Peadon
      Address unknown at this time
      Telephone number unknown at this time
            Knowledge of Defendant's conduct that is the subject of this action

45.   Francis Peadon
      Address unknown at this time
      Telephone number unknown at this time
            Knowledge of Defendant's conduct that is the subject of this action

46.   Jerome Pierre
      Address unknown at this time
      561-704-2747
            Knowledge of Defendant's conduct that is the subject of this action

47.   Louella Rabuyo
      Address unknown at this time
      Telephone number unknown at this time
            Knowledge of Defendant's conduct that is the subject of this action

48. Governor Bill Richardson
Address unknown at this time
Telephone number unknown at this time
Knowledge concerning Defendant, Jeffrey Epstein's conduct and finances

49. Haley Robson
Address unknown at this time
Telephone number unknown at this time
Knowledge of Defendant's conduct that is the subject of this action

50. Alfredo Rodriguez
Address unknown at this time
Telephone number unknown at this time
Knowledge of Defendant's conduct that is the subject of this action

51. David Rogers
Address unknown at this time
Telephone number unknown at this time
Knowledge of Defendant's conduct that is the subject of this action

52. Adriana Ross
Address unknown at this time
Telephone number unknown at this time
Knowledge of Defendant's conduct that is the subject of this action

53. Howard Rubenstein
Address unknown at this time
Telephone number unknown at this time
Knowledge of Defendant's conduct that is the subject of this action

54. Florena Rueda
Address unknown at this time
Telephone number unknown at this time
Knowledge of Defendant's conduct that is the subject of this action

55. Joseph Rueda
Address unknown at this time
Telephone number unknown at this time
Knowledge of Defendant's conduct that is the subject of this action

56. Joanna Sjoberg
Address unknown at this time
Telephone number unknown at this time
Knowledge of Defendant's conduct that is the subject of this action

57.     Santa Fe County Sheriff Solano
        Address unknown at this time
        Telephone number unknown at this time
            Knowledge concerning Defendant, Jeffrey Epstein's conduct and finances

58.     Alan Stopeck
        Address unknown at this time
        Telephone number unknown at this time
            Knowledge of Defendant's conduct that is the subject of this action

59.     Mark Tafoya
        Address unknown at this time
        Telephone number unknown at this time
            Knowledge of Defendant's conduct that is the subject of this action

60.     Brent Tindall
        Address unknown at this time
        917-601-4143
            Knowledge of Defendant's conduct that is the subject of this action

61.     Larry Visosky
        Address unknown at this time
        Telephone number unknown at this time
            Knowledge of Defendant's conduct that is the subject of this action

62.     Lelie Wexner
        Address unknown at this time
        Telephone number unknown at this time
            Knowledge concerning Defendant, Jeffrey Epstein's conduct and finances

63.     All girls identified in the attachment to the non-prosecution agreement that Defendant, Jeffrey Epstein, has entered with the United States and all other similarly-situated girls, whose identities Plaintiff will attempt to determine (and with regard to whom Defendant, Jeffrey Epstein, has invoked the Fifth Amendment rather than disclose their identities).

64.     All other then-minor girls (those not listed in the attachment to the non-prosecution agreement), whose identities Plaintiff will attempt to determine, with whom Defendant, Jeffrey Epstein, has engaged in sexual activity.

65.     FBI agents, whose names, addresses and telephone numbers are unknown at this time, that investigated the criminal case(s) and the allegations made against Defendant, Jeffrey Epstein.

66.   Palm Beach Police officers, whose names, addresses and telephone numbers are unknown at this time that investigated Defendant, Jeffrey Epstein, for criminal conduct.

67.   State Prosecutors, whose names, addresses and telephone numbers are unknown at this time, including but not limited to:

   (a)   ASA Lanna Leigh Belohlavek
         State Attorney's Office
         15th Judicial Circuit

   (b)   ASA Weiss
         State Attorney's Office
         15th Judicial Circuit

68.   United States' Prosecutors, whose names, addresses and telephone numbers are unknown at this time, including but not limited to:

   (a)   AUSA Ann Marie C. Villafaña.
         United States Attorney's Office
         500 South Australian Avenue
         West Palm Beach, Florida   33401
         561-820-8711

69.   All accountants, bookkeepers, bankers, financial institutions, representatives, real estate advisors, financial planners, employees, governmental persons or entities, and unknown others that may have discoverable information related to Defendant, Jeffrey Epstein's net worth and finances.

70.   Any and all persons and/or entities identified through discovery having any knowledge of Defendant, Jeffrey Epstein's charitable, political or other donations made in the past.

71.   Any and all persons and/or entities identified through discovery that were sued in the past by the Defendant, Jeffrey Epstein, and/or by any company or entity that the Defendant, Jeffrey Epstein, owned and/or managed

72.   Reporters and other media persons, whose names, addresses and telephone numbers are unknown at this time.

73   All other witnesses learned through discovery process.

B.   **Exhibits:**

1.   Palm Beach Police Department report and documents contained within Defendant, Jeffrey Epstein's, criminal files

2.    All documents and pleadings from all criminal and civil cases filed on behalf of Jeffrey Epstein or his corporations and against Jeffery Epstein or his corporations

**C.    <u>Computation of damages:</u>**

1.    Physical, psychological and psychiatric injuries and resulting medical expenses – precise amount yet to be computed, but not less than $15,000.00.

2.    Past, present and future pain and suffering, mental anguish, humiliation, embarrassment, loss of self-esteem, loss of dignity and invasion of privacy – precise amount yet to be computed, but not less than $10,000,000.00.

3.    Past and future lost wages and past and future loss of earning capacity and actual earnings – precise amounts yet to be computed, but not less than $1,000,000.00.

4.    Punitive Damages - to be based upon all relevant factors, including the egregious and criminal nature of Defendant, Jeffrey Epstein's conduct and the need for a large award to punish and deter conduct in view of the vast wealth of Defendant, Jeffrey Epstein, in an amount not less than $20,000,000.00

WE HEREBY CERTIFY that a true and correct copy of the above and foregoing Disclosure Pursuant to Fed.R.Civ.P. 26(a)(1)(A-D) has been provided by United States mail and facsimile transmission to all counsel of record identified below this <u>19th</u> day of <u>November</u>, 2008, and that no copy has been filed with the Court.

Robert D. Critton, Jr., Esquire
Michael J. Pike, Esquire
Burman, Critton, Luttier & Coleman, LLP
515 North Flagler Drive
Suite 400
West Palm Beach, Florida  33401
rcrit@bclclaw.com
mpike@bclclaw.com

Jack Alan Goldberger, Esquire
Atterburty, Goldberger & Weiss, P.A.
250 Australian Avenue South
Suite 1400
West Palm Beach, Florida  33401
jagesq@bellsouth.net

Michael R. Tein, Esquire
Lewis Tein, P.L.
3059 Grand Avenue
Suite 340
Coconut Grove, Florida  33133
tein@lewistein.com

Respectfully Submitted,

THE LAW OFFICE OF BRAD EDWARDS &
ASSOCIATES, LLC

By:    _____

Brad Edwards, Esquire
Attorney for Plaintiff
Florida Bar No. 542075
2028 Harrison Street
Suite 202
Hollywood, Florida  33020
Telephone:      954-414-8033
Facsimile:      954-924-1530
E-Mail:         be@bradedwardslaw.com

Paul G. Cassell
Attorney for Plaintiff
Pro Hac Vice
332 S. 1400 E.
Salt Lake City, UT 84112
Telephone:      801-585-5202
Facsimile:      801-585-6833
E-Mail:         cassellp@law.utah.edu