1

IN THE CIRCUIT COURT OF THE
FIFTEENTH JUDICIAL CIRCUIT, IN AND FOR
PALM BEACH COUNTY, FLORIDA

CASE NO. 50-2008-CA-028051 XXXX MB AB

L.M.,

                Plaintiff, 

vs.

JEFFREY EPSTEIN,

                Defendant.

_____/

VIDEOTAPED DEPOSITION OF JEFFREY EPSTEIN
TAKEN ON BEHALF OF THE PLAINTIFF

DATE: February 17, 2010



U.S. Legal Support
(561) 835-0220

EXHIBIT A

> MR. EDWARDS: The 87-page Palm Beach Police Department incident report where there are numerous underage females describing their interaction with Mr. Epstein at his house. I'm reading specifically from page 41 related to A.H., who was one of the victims he pled guilty to.
>
> MR. PIKE: Is that the same document that you're seeking production of, in this same exact case?
>
> MR. EDWARDS: I don't know what you're talking about. This is something from the State Attorney's file.
>
> MR. PIKE: Okay. Sorry. What's the question?

Q  Are you aware of that allegation? What I just read to you.

A  I would like to answer that question, but, however, today my attorneys have advised me I must assert my Fifth Amendment, Sixth Amendment and Fourteenth Amendment rights under the U.S. Constitution.

Q  Assuming your attorneys have advised you but because of Res Judicata, double jeopardy, you