UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.   08-CV-80893-CIV-MARRA/JOHNSON

JANE DOE,

        Plaintiff,

vs.

JEFFREY EPSTEIN, et al.,

        Defendants.

DEPOSITION OF [REDACTED]
Volume 1 of 1
Pages 1 through 138
Videotaped

Monday, March 15, 2010
10:13 a.m. - 12:42 p.m.
U.S. Legal Support
515 East Las Olas Boulevard, 3rd Floor
Fort Lauderdale, Florida 33301

Stenographically Reported By:
Janet L. McKinney, RPR, FPR, CLR

Registered Professional Reporter

Florida Professional Reporter

Certified LiveNote Reporter

U.S. Legal Support
(954) 463-2933

EXHIBIT B



Page 54:
```
1   A. [redacted]
2   Q. [redacted]
3   [redacted]
4   A. [redacted]
5   MR. PIKE: [redacted]
6-10 [redacted]
11  MR. PIKE: Form.
12-14 [redacted]
15  MR. PIKE: Form.
16-19 [redacted]
20  MR. PIKE: Form.
21-24 [redacted]
25  MR. PIKE: Form.
```

Page 55:
```
1-3  [redacted]
4    MR. PIKE: Form.
5-9  [redacted]
10   A. [redacted]
11   Q. [redacted]
12   A. [redacted]
13   [redacted] Roy
14   [redacted]
15-25 [redacted]
```

Page 56:
```
1   [redacted]
2   A. [redacted]
3   Q. [redacted]
4   [redacted]
5   A. [redacted]
6   Q. [redacted]
7-9 [redacted]
10  A. [redacted]
11  [redacted]
12-14 [redacted]
15  Q. Did you talk with Sarah Kellen about the
16  criminal investigation into Jeffrey Epstein and others?
17  A. I refuse to answer.
18  Q. Well, at some point in time what's been marked
19  as Defense Exhibit 1, you received a Grand Jury
20  investigation target letter, correct?
21  A. I refuse to answer.
22  Q. Well, we have it right here. I'm familiar
23  with it. I know you got the letter and I know that,
24  you know, the substance of it you're not going to tell
25  me about. But this letter is dated August 31st, 2007,
```

Page 57:
```
1   the search warrant was executed on his home back in
2   October of 2005. So during those two years leading up
3   to this target letter who did you talk to?
4   A. I refuse to answer.
5-25 [redacted]
```

66

1 [redacted]
2 [redacted]
3 [redacted]
4 [redacted]
5 [redacted]
6 [redacted]
7 [redacted]
8 [redacted]
9 [redacted]
10 [redacted]
11 [redacted]
12 [redacted]
13 [redacted]
14 [redacted]
15 [redacted]
16 [redacted]
17 [redacted]
18 [redacted]
19 [redacted]
20 [redacted]
21 [redacted]
22 [redacted]
23     Q. There's another message here from 9/10/05,
24 same day later in the day, 10 p.m. saying "[redacted] will
25 be at 11. Do you want me to cancel [redacted]"

67

1     Do you know what that message means?
2     MR. PIKE: Form.
3     A. I refuse to answer.
4     Q. What is this?
5     There's another message from 9/11/05 saying "I
6 got a car for," and then the name is blotted out. The
7 State Attorney's Office blotted the names of minors out
8 sometimes in their file. So do you -- do you know --
9 can you fill in that blank?
10     A. I refuse to answer.
11     Q. Do you know if this was the car that he rented
12 for Jane Doe 4?
13     A. I refuse to answer.
14     Q. All right. Or the car that he rented for AH?
15     A. I refuse to answer.
16     MR. PIKE: Form.
17 [redacted]
18 [redacted]
19 [redacted]
20 [redacted]
21 [redacted]
22 [redacted]
23 [redacted]
24     Q. 9/3/2005. Message from [redacted] saying "I left
25 message for [redacted] to confirm for 11 a.m. and [redacted]

68

1 for 4:30 p.m."
2     Do you remember leaving that message?
3     A. I refuse to answer.
4     Q. And this is --
5     MR. PIKE: Form.
6 [redacted]
7 [redacted]
8 [redacted]
9 [redacted]
10 [redacted]
11 [redacted]
12 [redacted]
13 [redacted]
14 [redacted]
15 [redacted]
16 [redacted]
17 [redacted]
18 [redacted]
19 [redacted]
20 [redacted]
21 [redacted]
22 [redacted]
23 [redacted]
24 [redacted]
25 [redacted]

69

[entire page redacted]

