UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-CIV- 80893 – MARRA/JOHNSON

JANE DOE,

                    Plaintiff,

v.

JEFFREY EPSTEIN,

                    Defendants.

_____/

### Order Adopting and Entering Joint Stipulation

This matter came before the Court on Plaintiff, Jane Doe, and Defendant, Jeffrey Epstein's Joint Stipulation, and counsel being in agreement with the entry of the Stipulation, it is HEREBY ORDERED and ADJUDGED that:

1.    The Joint Stipulation is hereby Adopted and Entered.

2.    Without in any way altering the obligations set forth in the Addenda to Settlement Agreements entered into in the above-styled matter and in the matters of L.M. vs. Epstein, CASE NO. 502008 CA028051 XXXXMB AB and E.W. vs. Epstein, CASE NO. 502008 CA028058 XXXXMB AB, Counsel may wish to use the Correspondence in pending cases of Epstein v. Rothstein, CASE NO. 502009CA040800XXXXMB AG and In Re: Jane Does 1 and 2, CASE NO. 08-80736-CIV-MARRA/JOHNSON. If Counsel (or Mr. Edwards as a Defendant in the Epstein v. Rothstein case) desires to file, use or disclose the Correspondence or contents thereof to anyone, Counsel agrees that prior to using any of the Correspondence in these proceedings or prior to providing or making the Correspondence available to anyone else, that they will provide seven (7) days notice to

Epstein's counsel (Robert D. Critton, Jr. at rcrit@bclclaw.com and Michael J. Pike at mpike@bclclaw.com) of their intent to use or provide  the Correspondence or in the alternative, file the Correspondence under seal.

        3.     If Epstein chooses to serve an objection based on a claim that the Correspondence should remain confidential, his objection must be served within seven (7) days from the date of the notice.  If Epstein does serve an objection, Counsel (or Mr. Edwards as a defendant) will not file (unless filed under seal) nor disclose the Correspondence to the public or third parties until the court has ruled on the objection. However, Counsel (or Mr. Edwards as a defendant) may file the Correspondence under seal or provide the Correspondence to the court for an in camera inspection if any objection is made such that the court is in a position to rule on the  objection.

        4.     The Joint Stipulation and this Order shall remain in effect after dismissal of the case.

        DONE and ORDERED this 20th day of _____July_____, 2010.

                                          Kenneth A. Marra
                                          United States District Judge

Courtesy Copies:
Counsel of Record