UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-CV-80893-MARRA-JOHNSON

JANE DOE,

              Plaintiff,

v.

JEFFREY EPSTEIN,

              Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Stipulation of Dismissal with Prejudice [DE___], filed July , 2010. The Court has reviewed the Stipulation, the pertinent portions of the record, and is otherwise advised in the premises. In accordance with the parties' Stipulation, it is **ORDERED AND ADJUDGED** as follows:

1. The above-styled action is hereby **DISMISSED WITH PREJUDICE.**
2. All pending motions are **DENIED AS MOOT.**
3. The Court shall retain jurisdiction to enforce the terms of the parties' settlement and the Joint Stipulation [DE 207] and order thereon.
4. The Clerk shall **CLOSE THIS CASE.**

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 20th day of July, 2010.

                                                KENNETH A. MARRA
                                                UNITED STATES DISTRICT JUDGE

Copies Furnished to:
All Counsel of Record