UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:08-cv-80893-KAM

JANE DOE,

    Plaintiff,
v.

JEFFREY EPSTEIN,

    Defendant.
_____/

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorneys hereby appear as counsel on behalf of the Defendant, JEFFREY EPSTEIN, as attorneys of record in the above-numbered cause.

Respectfully submitted,

s/Lilly Ann Sanchez
Lilly Ann Sanchez
Fla. Bar No. 0195677
lsanchez@fowler-white.com

s/Christopher E. Knight
Christopher E. Knight
Fla. Bar No. 607363
cknight@fowler-white.com

s/Joseph L. Ackerman, Jr.
Joseph L. Ackerman, Jr.
Fla. Bar No. 235954
jackerman@fowler-white.com

FOWLER WHITE BURNETT P.A.
Espirito Santo Plaza, 14th Floor
1395 Brickell Avenue
Miami, Florida 33131-3302
Telephone: (305) 789-9200
Facsimile: (305) 789-9201

CASE NO.: 9:08-cv-80893-KAM

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed on the 2nd day of September, 2010, with the Clerk of Court using CM/ECF. I further certify that the foregoing document is being served this day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

s/Lilly Ann Sanchez
Lilly Ann Sanchez
Fla. Bar No. 0195677
lsanchez@fowler-white.com

s/Christopher E. Knight
Christopher E. Knight
Fla. Bar No. 607363
cknight@fowler-white.com

s/Joseph L. Ackerman, Jr.
Joseph L. Ackerman, Jr.
Fla. Bar No. 235954
jackerman@fowler-white.com
Attorneys for the Defendant Jeffrey Epstein