UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

Case No. 08-CIV-80893-MARRA/JOHNSON

| | |
|---|---|
| JANE DOE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JEFFREY EPSTEIN,<br><br>　　　　Defendant. | **DEFENDANT, JEFFREY EPSTEIN'S REQUEST FOR ORAL ARGUMENT IN CONNECTION WITH HIS MOTION FOR PROTECTIVE ORDER AND OBJECTION TO DISCLOSURE OF CERTAIN DOCUMENTS** |

Pursuant to Rule 7.1(B)(1), of the Local Rules of the United States District Court for the Southern District of Florida, Defendant, Jeffrey Epstein ("Epstein") respectfully requests Oral Argument in connection with his Motion for Protective Order and Objection to Disclosure of Certain Documents filed on September 2, 2010.

The Defendant believes that the opportunity to orally argue the Motion at a hearing would assist the Court in ruling on his Motion.

Defendant Epstein estimates the time required for oral argument is one (1) hour.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being

Jane Doe v. Jeffrey Epstein
Case No. 08-CIV-80893-MARRA/JOHNSON
Epstein's Request for Oral Argument re: MPO/Objections.

served this day on all counsel of record identified on the following service list in the manner specified via transmission of Notices of Electronic Filing generated by CM/ECF on this 2nd day of September, 2010.

Brad Edwards, Esq.
Farmer, Jaffe, Weissing, Edwards, Fistos
& Lehrman, PL
423 N. Andrews Avenue
Suite 2
Fort Lauderdale, FL 33301
954-524-2820
954-524-2822 Fax
Brad@pathtojustice.com

Paul G. Cassell, Esq.
*Pro Hac Vice*
33
2 South 1400 E, Room 101
Salt Lake City, UT 84112
801-585-5202
801-585-6833 Fax
Cassellp@law.utah.edu
*Co-Counsel for Plaintiff*

Jack Alan Goldberger, Esq.
Atterbury Goldberger & Weiss, P.A.
250 Australian Avenue, South
Suite 1400
West Palm Beach, FL 33401-5012
561-659-8300
561-835-8691 Fax
Jagesq@bellsouth.net
*Co-counsel for Jeffrey Epstein*

*Respectfully submitted,*

/s/ Joseph L. Ackerman, Jr.
Joseph L. Ackerman, Jr.
Fla. Bar No. 235954
Lilly Ann Sanchez
Fla. Bar No. 195677

FOWLER WHITE BURNETT P.A.
901 Phillips Point West
777 South Flagler Drive
West Palm Beach, Florida 33401
Telephone: (561) 802-9044
Facsimile: (561) 802-9976
*Co-Counsel for Defendant Jeffrey Epstein*

[nat] W:\80743\REQUST66-Epstein's Request for Oral Argument.JLA{9/2/10-15:41}

-2-

FOWLER WHITE BURNETT, P.A. • PHILLIPS POINT - WEST TOWER, SUITE 901, 777 SOUTH FLAGLER DRIVE, WEST PALM BEACH, FLORIDA 33401 • (561) 802-9044