UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

Case No. 08-CIV-80893-MARRA/JOHNSON

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>v.<br><br>JEFFREY EPSTEIN,<br><br>    Defendant. | **DEFENDANT, JEFFREY EPSTEIN'S NOTICE OF FILING A CORRECTED EXHIBIT 1 TO HIS MOTION FOR PROTECTIVE ORDER AND OBJECTION TO DISCLOSURE OF CERTAIN DOCUMENTS AND INTEGRATED MEMORANDUM OF LAW** |

Defendant, Jeffrey Epstein ("Epstein") by and through his undersigned counsel and files this his Notice of Filing a Corrected Exhibit 1 to his Motion for Protective Order and Objection to Disclosure of Certain Documents and Integrated Memorandum of Law.

The prior Exhibit did not have the executed Order of the Court adopting the terms of the Joint Stipulation.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the following service list in the manner specified via transmission of Notices of Electronic Filing generated by CM/ECF on this 2nd day of September, 2010.

| | |
|---|---|
| Brad Edwards, Esq.<br>Farmer, Jaffe, Weissing, Edwards, Fistos<br>& Lehrman, PL<br>423 N. Andrews Avenue<br>Suite 2<br>Fort Lauderdale, FL 33301<br>954-524-2820<br>954-524-2822 Fax<br>Brad@pathtojustice.com | Jack Alan Goldberger, Esq.<br>Atterbury Goldberger & Weiss, P.A.<br>250 Australian Avenue, South<br>Suite 1400<br>West Palm Beach, FL 33401-5012<br>561-659-8300<br>561-835-8691 Fax<br>Jagesq@bellsouth.net<br>*Co-counsel for Jeffrey Epstein* |

Jane Doe v. Jeffrey Epstein
Case No. 08-CIV-80893-MARRA/JOHNSON
Epstein's NOF Corrected Exhibit 1 to his MPO, etc.

Paul G. Cassell, Esq.
*Pro Hac Vice*
33
2 South 1400 E, Room 101
Salt Lake City, UT 84112
801-585-5202
801-585-6833 Fax
Cassellp@law.utah.edu
*Co-Counsel for Plaintiff*

    *Respectfully submitted,*

    /s/ Joseph L. Ackerman, Jr.
    Joseph L. Ackerman, Jr.
    Fla. Bar No. 235954
    Lilly Ann Sanchez
    Fla. Bar No. 195677

    FOWLER WHITE BURNETT P.A.
    901 Phillips Point West
    777 South Flagler Drive
    West Palm Beach, Florida 33401
    Telephone: (561) 802-9044
    Facsimile: (561) 802-9976

    *Co-Counsel for Defendant Jeffrey Epstein*

[nat] W:\80743\NOTFIL52-Notice of Filing Exhibit 1 to Epstein's MPO.JLA{9/2/10-17:0}

-2-

FOWLER WHITE BURNETT, P.A. • PHILLIPS POINT - WEST TOWER, SUITE 901, 777 SOUTH FLAGLER DRIVE, WEST PALM BEACH, FLORIDA 33401 • (561) 802-9044

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-CIV- 80893 – MARRA/JOHNSON

JANE DOE,

           Plaintiff,

v.

JEFFREY EPSTEIN,

           Defendants.
_____/

### Joint Stipulation

Plaintiff, JANE DOE and Defendant, JEFFREY EPSTEIN ("Epstein"), hereby file their Joint Stipulation Regarding Certain Correspondence Obtained By Jane Doe's attorneys during discovery, and each state:

1.    In July 2010, the law firm of Farmer, Jaffe, Weissing, Edwards, Fistos and Lehrman, PL. (the "Law Firm"), Paul G. Cassell, Esq. and Jay Howell, Esq. ("Counsel") received through discovery certain correspondence and documents (including content thereof) between Epstein's attorneys/agents and federal prosecutors (the "Correspondence").

2.    Counsel for Jane Doe and Counsel for Epstein disagree whether the Correspondence is confidential.

3.    Without in any way altering the obligations set forth in the Addenda to Settlement Agreements entered into in the above-styled matter and in the matters of L.M. vs. Epstein, CASE NO. 502008 CA028051 XXXXMB AB and E.W. vs. Epstein, CASE NO. 502008 CA028058 XXXXMB AB, Counsel may wish to use the Correspondence in pending cases of Epstein v. Rothstein, CASE NO. 502009CA040800XXXXMB AG and In Re: Jane Does 1 and 2, CASE



1

NO. 08-80736-CIV-MARRA/JOHNSON. If Counsel (or Mr. Edwards as a Defendant in the Epstein v. Rothstein case) desires to file, use or disclose the Correspondence or contents thereof to anyone, Counsel agrees that prior to using any of the Correspondence in these proceedings or prior to providing or making the Correspondence available to anyone else, that they will provide seven (7) days notice to Epstein's counsel (Robert D. Critton, Jr. at rcrit@bclclaw.com and Michael J. Pike at mpike@bclclaw.com) of their intent to use or provide the Correspondence or in the alternative, file the Correspondence under seal. If Epstein chooses to serve an objection based on a claim that the Correspondence should remain confidential, his objection must be served within seven (7) days from the date of the notice. If Epstein does serve an objection, Counsel (or Mr. Edwards as a defendant) will not file (unless filed under seal) nor disclose the Correspondence to the public or third parties until the court has ruled on the objection. However, Counsel (or Mr. Edwards as a defendant) may file the Correspondence under seal or provide the Correspondence to the court for an in camera inspection if any objection is made such that the court is in a position to rule on the objection.

WHEREFORE, Plaintiff and Defendant requests that the Court enter an order on the above stipulation and grant any additional relief the Court deems just and proper.

Local Rule 7.1 Statement

Pursuant to the above rule, the undersigned counsel and Plaintiff's counsel have conferred and have agreed to same.

Respectfully submitted,

By: /s/ Robert D. Critton, Jr.
ROBERT D. CRITTON, JR., ESQ.
Florida Bar No. 224162

2

## Certificate of Service

I HEREBY CERTIFY that a true copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the following service list in the manner specified via transmission of Notices of Electronic Filing generated by CM/ECF on this   19th   day of July, 2010:

Brad Edwards, Esq.
Farmer, Jaffe, Weissing, Edwards, Fistos
& Lehrman, PL
425 N. Andrews Ave.
Suite #2
Fort Lauderdale, FL 33301
Phone: 954-524-2820
Fax:  954-524-2822
Brad@pathtojustice.com

Paul G. Cassell, Esq.
*Pro Hac Vice*
332 South 1400 E, Room 101
Salt Lake City, UT 84112
801-585-5202
801-585-6833 Fax
cassellp@law.utah.edu
*Co-counsel for Plaintiff*

Jack Alan Goldberger, Esq.
Atterbury Goldberger & Weiss, P.A.
250 Australian Avenue South
Suite 1400
West Palm Beach, FL 33401-5012
561-659-8300
561-835-8691 Fax
jagesq@bellsouth.net
*Co-Counsel for Defendant Jeffrey Epstein*

By:  /s/ Robert D. Critton, Jr.
ROBERT D. CRITTON, JR., ESQ.
Florida Bar No.  224162
rcrit@bclclaw.com
MICHAEL J. PIKE, ESQ.
Florida Bar #617296
mpike@bclclaw.com
BURMAN, CRITTON, LUTTIER & COLEMAN, LLP
303 Banyan Boulevard, Suite 400
West Palm Beach, FL 33401
561/842-2820 Phone
561/243-0164 Fax
*(Co-Counsel for Defendant Jeffrey Epstein)*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-CIV- 80893 – MARRA/JOHNSON

JANE DOE,

                Plaintiff,

v.

JEFFREY EPSTEIN,

                Defendants.
_____/

### Order Adopting and Entering Joint Stipulation

This matter came before the Court on Plaintiff, Jane Doe, and Defendant, Jeffrey Epstein's Joint Stipulation, and counsel being in agreement with the entry of the Stipulation, it is HEREBY ORDERED and ADJUDGED that:

1. The Joint Stipulation is hereby Adopted and Entered.

2. Without in any way altering the obligations set forth in the Addenda to Settlement Agreements entered into in the above-styled matter and in the matters of <u>L.M. vs. Epstein</u>, CASE NO. 502008 CA028051 XXXXMB AB and <u>E.W. vs. Epstein</u>, CASE NO. 502008 CA028058 XXXXMB AB, Counsel may wish to use the Correspondence in pending cases of <u>Epstein v. Rothstein</u>, CASE NO. 502009CA040800XXXXMB AG and <u>In Re: Jane Does 1 and 2</u>, CASE NO. 08-80736-CIV-MARRA/JOHNSON. If Counsel (or Mr. Edwards as a Defendant in the <u>Epstein v. Rothstein</u> case) desires to file, use or disclose the Correspondence or contents thereof to anyone, Counsel agrees that prior to using any of the Correspondence in these proceedings or prior to providing or making the Correspondence available to anyone else, that they will provide seven (7) days notice to

Epstein's counsel (Robert D. Critton, Jr. at rcrit@bclclaw.com and Michael J. Pike at mpike@bclclaw.com) of their intent to use or provide the Correspondence or in the alternative, file the Correspondence under seal.

3. If Epstein chooses to serve an objection based on a claim that the Correspondence should remain confidential, his objection must be served within seven (7) days from the date of the notice. If Epstein does serve an objection, Counsel (or Mr. Edwards as a defendant) will not file (unless filed under seal) nor disclose the Correspondence to the public or third parties until the court has ruled on the objection. However, Counsel (or Mr. Edwards as a defendant) may file the Correspondence under seal or provide the Correspondence to the court for an in camera inspection if any objection is made such that the court is in a position to rule on the objection.

4. The Joint Stipulation and this Order shall remain in effect after dismissal of the case.

DONE and ORDERED this 20th day of July, 2010.

_____
Kenneth A. Marra
United States District Judge

Courtesy Copies:
Counsel of Record