UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-CIV-80893-MARRA/JOHNSON

JANE DOE,

    Plaintiff,

vs.

JEFFREY EPSTEIN,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on Defendant's Motion for Protective Order (D.E. #214). Having reviewed the pleadings filed incident to this matter and being otherwise duly advised in the premises it is hereby

**ORDERED AND ADJUDGED** that said Motion for Protective Order (D.E. #214) is **DENIED WITHOUT PREJUDICE** as the matter is not properly before this Court. Defendant has failed to cite any authority which would permit the Court in this case, which has been dismissed and closed, to block the use of the evidence in question in a separate state court proceeding.  The Court agrees with Edwards, who has filed a Response in Opposition to the Motion (D.E. #217), that if Defendant believes he has a valid basis for preventing disclosure of the subject documents in the subject state court proceeding , he should file a motion to that effect in the appropriate state court.

**DONE AND ORDERED** this September 14, 2010, in Chambers, at West Palm

1

Beach, Florida.

_____
LINNEA R. JOHNSON
UNITED STATES MAGISTRATE JUDGE


CC:   The Honorable Kenneth A. Marra
      All Counsel of Record