UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-CIV-80893-MARRA/JOHNSON

JANE DOE,

   Plaintiff,

vs.

JEFFREY EPSTEIN,

   Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on Defendant's Motion for Hearing on his Motion for Protective Order (D.E. #213). Having reviewed the pleadings filed incident to this matter and being otherwise duly advised in the premises it is hereby

**ORDERED AND ADJUDGED** that said Motion for Hearing (D.E. #213) is **DENIED AS MOOT** in light of the denial of the underlying motion.

**DONE AND ORDERED** this September 21, 2010, in Chambers, at West Palm Beach, Florida.

*/s/ Linnea Johnson*
LINNEA R. JOHNSON
UNITED STATES MAGISTRATE JUDGE

CC:   The Honorable Kenneth A. Marra
        All Counsel of Record

1