## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 08-CIV-80893-MARRA/JOHNSON

JANE DOE NO. 2,

     Plaintiff,

vs.

JEFFREY EPSTEIN,

     Defendant.

_____/



Related cases:
08-80232, 08-80380, 08-80381, 08-80994,
08-80993, 08-80811, 08-80119, 09-80469,
09-80591, 09-80656, 09-80802, 09-81092

_____/

### ORDER

**THIS CAUSE** is before the Court on Plaintiff Jane Doe's Motion styled Emergency Motion for Hearing finding that Epstein is in Civil Contempt, for Sanctions and for referral for Criminal Contempt (D.E. #224). After careful review of the subject Motion the Court finds that despite the fact the Motion is styled as an "Emergency," the matter is in fact not an emergency. In accordance with the above and foregoing, it is hereby

**ORDERED AND ADJUDGED** that the portion of said Motion (D.E. #224) that labels it as an "Emergency" is hereby stricken and the Motion shall be handled in the ordinary course.

1



**DONE AND ORDERED** this January 4, ~~2010~~, in Chambers, at West Palm Beach,

Florida.

LINNEA R. JOHNSON
UNITED STATES MAGISTRATE JUDGE

CC:  The Honorable Kenneth A. Marra
     All Counsel of Record

2