UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION
Case No. 08-CIV-80893-MARRA/JOHNSON

JANE DOE,

    Plaintiff,

v.

JEFFREY EPSTEIN,

    Defendant.

**MEMORANDUM IN OPPOSITION OF DEFENDANT JEFFREY EPSTEIN TO PLAINTIFF JANE DOE'S EMERGENCY MOTION FOR A HEARING, FINDING THAT EPSTEIN IS IN CIVIL CONTEMPT OF THE COURTS'S TWO ORDERS FORBIDDING HARASSMENT AND INDIRECT CONTACT, FOR APPROPRIATE SANCTIONS AND ADDITIONAL REMEDIES INCLUDING REFERRAL FOR CRIMINAL CONTEMPT (DE # 194 or 195)**

    Defendant Jeffrey Epstein opposes the granting of Plaintiff's now-moot Emergency Motion for a Hearing, Finding That Epstein Is in Civil Contempt of the Courts's Two Orders Forbidding Harassment and Indirect Contact, etc. (the "Motion")  (DE # 194 or 195) for the following reasons:

    1.    Plaintiff filed the Motion under seal on July 1, 2010 and also filed another allegedly emergency motion under seal that same day. Defendant Epstein could not determine from the court docket whether the Motion was DE # 194 or # 195.

    2.    Regardless, on July 20, 2010, the parties entered into a stipulation to dismiss this case (DE ## 207-208, 210) and the Court entered an Order Adopting and Entering Joint Stipulation and an Order Dismissing the Case with prejudice that day. (DE ## 209, 211).  The Order of Dismissal provides that "all pending motions are denied as moot." Id.

3. On December 27, 2010, for reasons that are unknown to the undersigned or opposing counsel, an entry was made to the docket reflecting that the Motion was filed publicly that date (DE # 224).

4. On January 5, 2011, Magistrate Johnson entered an order providing that the Motion was not an emergency and should be handled in the "ordinary course," apparently not having been apprised that the case was dismissed and closed (DE # 225), perhaps because papers have been filed and acted upon post closing concerning the handling and disclosure of various documents (see DE ## 213 et seq.).

5. Accordingly, the Motion, which was actually denied by the Court's Dismissal Order on July 20th, is moot and the record should reflect that it is denied.

6. Plaintiff's counsel has been contacted and stated that he is in agreement that the motion is moot.

                         s/ Lilly Ann Sanchez
                         Lilly Ann Sanchez, FBN 195677
                         Fowler White Burnett
                         1395 Brickell Avenue, 14th Floor
                         Miami, FL   33131
                         Tel:  305.789.9200
                         Fax:  305.789.9201
                         lsanchez@fowler-white.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2011, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                       s/ Lilly Ann Sanchez

**SERVICE LIST**

*JANE DOE V. JEFFREY EPSTEIN*
**FT. LAUDERDALE DIVISION**
**Case No. 08-CIV-80893-MARRA/JOHNSON**

**VIA CM/ECF**

Bradley James Edwards
Farmer Jaffe, et al.
425 N. Andrews Avenue, Suite 2
Fort Lauderdale, FL   33301
Tel:   954.524.2820
Fax: 954.524.2822
brad@pathtojustice.com


Paul G. Cassell
cassellp@law.utah.edu
*Pro Hac Vice*
Attorney to be Noticed

**Counsel to Plaintiff**

Jack Alan Goldberger
Atterbury Goldberger, et al.
250 Australian Avenue South, Suite 1400
West Palm Beach, FL   33401-5012
Tel:   561.659.8300
Fax:   561.835.8691
jagesq@bellsouth.net

Lilly Ann Sanchez
Fowler White Burnett
1395 Brickell Avenue, 14th Floor
Miami, FL   33131
Tel:   305.789.9200
Fax:   305.789.9201
lsanchez@fowler-white.com

3

Robert Deweese Critton, Jr.
Burman Critton, et al.
303 Banyan Boulevard, Suite 400
West Palm Beach, FL   33401
Tel:   561.842.2820
Fax:   561.253.0164
rcrit@bclclaw.com

Joseph Laurence Ackerman, Jr.
Fowler White Burnett, P.A.
Suite 901 – West Tower
777 South Flagler Drive
West Palm Beach, FL     33401
Tel:   561.802.9044
Fax:   561.802.9976
Jackerman@fowler-white.com

Michael James Pike
Burman Critton, et al.
303 Banyan Boulevard, Suite 400
West Palm Beach, FL   33401
Tel:   561.842.2820
Fax:   561.253.0164
MPike@bclclaw.com

**Counsel to Defendant**

Ann Marie C. Villafana
United States Attorney's Office
500 South Australian Avenue, Suite 400
West Palm Beach, FL   33401
Tel:   561.820.8711
Fax:   561.820.8777
ann.marie.c.villafana@usdoj.gov

**Counsel to United States of America**