UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80893-CIV-MARRA

JANE DOE,

    Plaintiff,

vs.

JEFFREY EPSTEIN,

    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court upon Defendant Jeffrey Epstein's Opposition to Plaintiff Jane Doe's Emergency Motion for a Hearing (DE 227). The Court has carefully considered Defendant's opposition and is otherwise fully advised in the premises.

Defendant requests that the Court deny as moot Plaintiff Jane Doe's Emergency Motion for a Hearing (DE 224), filed on December 27, 2010. Plaintiff's Emergency Motion was originally filed under seal on July 2, 2010. (DE 195). On July 12, 2010, the Court entered an Order, also under seal, denying Plaintiff's motion as moot. (DE 206). On December 27, 2010, Plaintiff's motion was erroneously refiled on this Court's docket. (DE 224). Because the Court has already denied as moot Plaintiff's emergency motion—and in fact the Clerk of Court already terminated Plaintiff's motion as duplicative—Defendant's instant request must be denied as moot.

Accordingly, it is hereby ORDERED AND ADJUDGED that Defendant Jeffrey Epstein's

Opposition to Plaintiff Jane Doe's Emergency Motion for a Hearing (DE 227) is DENIED AS MOOT.

      **DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 11th day of January, 2011.

                                                      KENNETH A. MARRA
                                                      UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of record